**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brooklyn Peace, LLC  dba d'mai Urban Spa** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4273272** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **157 5th Avenue** <br> **Brooklyn, NY 11217** <br> Number, Street, City, State & ZIP Code | **PMB207** <br> **320 7th Avenue** <br> **Brooklyn, NY 11215** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings** <br> County | **Location of principal assets, if different from principal place of business** <br> **157 5th Avenue Brooklyn, NY 11217** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.dmaiurbanspa.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7299

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11.  Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (*if known*) |
|--------|-----------------------------------------------|--------------------------|
|        | Name                                          |                          |

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2020**
　　　　　　　　　MM / DD / YYYY

**X** **/s/ Daniella Stromberg**                                              **Daniella Stromberg**
Signature of authorized representative of debtor                              Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Eric R. Perkins**                              Date  **November  9, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Eric R. Perkins**
Printed name

**Becker LLC**
Firm name

**2 Park Avenue**
**20th Floor, Suite 2006**
**New York, NY 10016**
Number, Street, City, State & ZIP Code

Contact phone  **973-422-1100**        Email address  **eperkins@becker.legal**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Peace, LLC  dba d'mai Urban Spa**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  9, 2020**    X **/s/ Daniella Stromberg**
    Signature of individual signing on behalf of debtor

**Daniella Stromberg**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Brooklyn Peace, LLC  dba d'mai Urban Spa**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

Part 1:     **Summary of Assets**

1.     *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................     $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................................     $ _____**42,530.25**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................................     $ _____**42,530.25**

Part 2:     **Summary of Liabilities**

2.     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $ _____**0.00**

3.     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................     $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$ _____**531,585.92**

4.     **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b     | $ _____**531,585.92**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Brooklyn Peace, LLC  dba d'mai Urban Spa**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Manhattan Business Account Ending** | **Checking** | **8335** | **$3,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$3,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Rent Security Deposit at 157 5th Avenue, Brooklyn, NY** | **$22,000.00** |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.    **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.    **$22,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                     Case number *(If known)* _____
          <sub>Name</sub>

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Facial Products, intrinsics, waxing supplies, cometology supplies, robes, slippers, towels, linents, ammenities** | 9/30/2020 | $8,000.00 | Recent cost | $8,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Products purchased to fulfil gift certificate redemption purchases** | 9/30/2020 | $3,530.25 | Recent cost | $3,530.25 |
| 22. | **Other inventory or supplies** **Various intrinsic supplies (organized in basement)** | 9/30/2020 | $4,000.00 | | $4,000.00 |

23. **Total of Part 5.**                                                              | $15,530.25 |

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number *(If known)* _____
_____
Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.   **Artwork (original pieces by principal's mother)** | **$2,000.00** | | **$2,000.00** |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$2,000.00** |
|---|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number *(If known)*
          Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Point of Sale Software - Millennium has client information** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                                   **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**        Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,530.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $42,530.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $42,530.25 |

**Fill in this information to identify the case:**

Debtor name     **Brooklyn Peace, LLC  dba d'mai Urban Spa**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Peace, LLC   dba d'mai Urban Spa**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|  | **IRS**<br>**2 Metro Tech, 1st Floor**<br>**Brooklyn, NY 11201** | | |
|  | Date or dates debt was incurred | | |
|  | Last 4 digits of account number | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|  | **New York Attorney General**<br>**The Capital**<br>**Albany, NY 12224** | | |
|  | Date or dates debt was incurred | | |
|  | Last 4 digits of account number | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **New York State**<br>**Department of Taxation**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **NYC Department of Finance**<br>**Correspondence Unit**<br>**One Center Street, 22nd F**<br>**New York, NY 10007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Office Attorney General**<br>**28 Liberty Street**<br>**New York, NY 10005** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **US Attorneys Office**<br>**Eastern District of NY**<br>**271 Camden Plaza East**<br>**Brooklyn, NY 11201** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,425.18** |
|---|---|---|---|

**157 5th Avenue, LLC**
**c/o First Point Managemen**
**P.O. Box 474**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent Due- 157 5th Avenue, Brooklyn

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.53** |
|---|---|---|---|

**Abby Pratt**
**45 Irving Street**
**Apt 4**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.63** |
|---|---|---|---|

**Adam Griffin**
**100 Woodruff Avenue**
**Apt. 1F**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.80** |
|---|---|---|---|

**Adina Sales**
**210 18th St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.93** |
|---|---|---|---|

**Adonis Sowah**
**212-77 Whitehall Terr**
**Queens Village, NY 11427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143.18** |
|---|---|---|---|

**Adrienne Robbins**
**315 8th Avenue**
**Apt 20G**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.35** |
|---|---|---|---|

**Alana Fishberg**
**290 1st Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$43.25** |

**Alex Kelley**
**299 Flatbush Avenue #4**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$155.40** |

**Alexa Bell**
**301 E 71st Street**
**Apt. 3N**
**New York, NY 10021**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100.00** |

**Alexandira Gurule**
**75 W End Ave**
**Apt P10D**
**New York, NY 10023**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$642.85** |

**Alexandra Goveia**
**486 3rd Street**
**Apt #4**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100.00** |

**Alexandra Moskaluk**
**464 77th Street**
**Brooklyn, NY 11209**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$250.00** |

**Alexis Kravitz-Tergesen**
**320 16th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$151.53** |

**Alicia Ellis**
**293 E 94th Street**
**Apt. 2F**
**Brooklyn, NY 11212**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,215.00** |
|---|---|---|---|

**Alison Deane**
**264 14th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161.98** |
|---|---|---|---|

**Aliza Rathbon**
**142 Lincoln Place**
**Brooklyn, NY 11217**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113.53** |
|---|---|---|---|

**Allan Bronstein**
**2 Linda Drive**
**Newburgh, NY 12550**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.45** |
|---|---|---|---|

**Allison Dunn**
**580 Flatbush Avenue**
**Apt. 5J**
**Brooklyn, NY 11225**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$336.15** |
|---|---|---|---|

**Allison Roberman**
**201 W. 70th St**
**18F**
**New York, NY 10023**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.18** |
|---|---|---|---|

**Allyson Fisher**
**230A 6th Avenue**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.57** |
|---|---|---|---|

**Alvina Ling**
**359 Eastern Parkway**
**Brooklyn, NY 11216**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number (if known) _____
      Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Alysun Fulks**
**444 Golfside Road**
**Oxford, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.44 |
|---|---|---|---|

**Amanda A. Nelson**
**343 4th Avenue**
**Apt. 8D**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.36 |
|---|---|---|---|

**Amanda Bennett**
**440 Fennimore Street**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.52 |
|---|---|---|---|

**Amanda Frick**
**348 Dean Street**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.35 |
|---|---|---|---|

**Amanda Grossman**
**416 Degraw Street**
**Apt 3**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.58 |
|---|---|---|---|

**Amanda Sawyer**
**79 St. Marks Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.28 |
|---|---|---|---|

**Amelie Davidson**
**367 St. Marks Ave., #1r**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,556.62** |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  8009**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.19** |
|---|---|---|---|

**Amy Crader**
**670 Carroll Street**
**Apt. 2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.53** |
|---|---|---|---|

**Amy Ellenbogen**
**259 21st Street**
**Apt. 3E**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08** |
|---|---|---|---|

**Amy Fournier**
**415 Argyle Road**
**Apt 10**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Amy Herguth**
**77 Tappan Landing Road**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.75** |
|---|---|---|---|

**Amy Jacobus**
**432 56th Street 2**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08** |
|---|---|---|---|

**Amy Kirkhum**
**496 2nd St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**                     Case number (if known) _____
      Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Amy Lazarides**
**457 Atlantic Avenue**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Amy Vennema**
**475 13th Street**
**Apt. 2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.40 |
|---|---|---|---|

**Andrea Moss**
**108 E 16th Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Andrea Silverstein**
**1444 82nd Street**
**Brooklyn, NY 11228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.40 |
|---|---|---|---|

**Andrea Wolfe**
**194 6th Ave**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Andrew Ingkavet**
**114 Garfield Place**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.37 |
|---|---|---|---|

**Andrew Schechter**
**466 9th Street**
**#3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145.78** |
|---|---|---|---|

**Angela Weisl**
**117 Sterling Place Apt. 3**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Angela Yee**
**51 Jefferson Avenue**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.35** |
|---|---|---|---|

**Angie Michaels**
**675 Sacket St#402**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Anita Beecham-Robinson**
**1876 Eastern Parkway**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.28** |
|---|---|---|---|

**Ann Winters**
**280 6th Ave**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.57** |
|---|---|---|---|

**Anna Brameli Bronstein**
**433 3rd Avenue**
**Apt. 5A**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.53** |
|---|---|---|---|

**Anna Patscha**
**57 Prospect Park SW**
**Apt. 4J**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.59** |
|---|---|---|---|

**Anne Gildersleeve**
**123 Parkside Avenue**
**Brooklyn, NY 11226**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08** |
|---|---|---|---|

**Anne Joseph**
**282 Garfield Place**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.25** |
|---|---|---|---|

**Anne Schwenker**
**92 Vanderbilt Avenue**
**Brooklyn, NY 11205**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.98** |
|---|---|---|---|

**Annie Caddle**
**1321 E 40th Street**
**Brooklyn, NY 11234**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.96** |
|---|---|---|---|

**Anthony Finkel**
**1435 Glenwood Road**
**Brooklyn, NY 11230**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Antoinette Giovino**
**766 Union Avenue**
**Apt. 1**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173.28** |
|---|---|---|---|

**Ashley Mask**
**285 E Sutton Cir.**
**Lafayette, CO 80026**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18**

**Audrey Denis**
**1168 E 86th Street**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323.96**

**Audrey Manning**
**632 2nd Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.60**

**Ayana Muhammad**
**958 Putnam Avenue**
**Apt. 4**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40**

**Barbara Alfinito**
**25 Village Park Drive**
**Fishkill, NY 12524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.90**

**Barbara Lambotte**
**31 Saint Marks Avenue**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,157.23**

**Barbara Steiner**
**245 Henry Street 41**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18**

**Barbara Terry**
**7723 McCarron Way**
**Charlotte, NC 28215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**                     Case number *(if known)* _____
      Name

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$642.67** |
|---|---|---|---|

**Barbara Tomlin**
**401 1st Ave**
**New York, NY 10010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.88** |
|---|---|---|---|

**Becky Delliaglio**
**151 Prospect Place**
**Apt #1**
**Brooklyn, NY 11238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Becky Stone**
**84 E. Brookline Street**
**Apt 6**
**Boston, MA 02118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.36** |
|---|---|---|---|

**Benjamin Bell**
**143 Main Street**
**Dobbs Ferry, NY 10522**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.01** |
|---|---|---|---|

**Benjamin Kintner**
**150 4th Ave**
**Apt 5B**
**Brooklyn, NY 11217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185.23** |
|---|---|---|---|

**Benjamin Sokoly**
**47 Bridge Street**
**Apt 3C**
**Brooklyn, NY 11201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$282.15** |
|---|---|---|---|

**Bethany Fagan**
**189 5th Avenue**
**Apt. 2A**
**Brooklyn, NY 11217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Gift Certificate Balance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number *(if known)* _____
        Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.01** |
|---|---|---|---|

**Betsy Crenshaw**
**116 Monsoe Street**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.85** |
|---|---|---|---|

**Beverly Atkins**
**160 Bainbridge Street**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Blair Foster**
**11 A Prospect Place**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.43** |
|---|---|---|---|

**Brandt Payne**
**9605 Larson Street**
**Houston, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.13** |
|---|---|---|---|

**Brenda and Eric Wyllie**
**4709 Avenue L**
**Brooklyn, NY 11234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.37** |
|---|---|---|---|

**Brett Camper**
**378 7th Street Apt 4l**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Brian Cirksey**
**21 Skelly Lane**
**Sewell, NJ 08080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.67 |
|---|---|---|---|

**Brian Haffner**
**203 Lefferts Avenue**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.53 |
|---|---|---|---|

**Brittany Clase**
**30 Cottage Avenue Apt 1**
**Ansonia, CT 06401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.45 |
|---|---|---|---|

**Brittney Brothers**
**150 Prospect Park West**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.05 |
|---|---|---|---|

**Brooke Lewis**
**275 Clinton Avenue**
**Apt. 3-4**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.60 |
|---|---|---|---|

**Brooklyn Conservatory Mus**
**58 7th Avenue**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.88 |
|---|---|---|---|

**Bruce Kaiser**
**800 Greenwood Avenue**
**Brooklyn, NY 11218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.62 |
|---|---|---|---|

**Bunny Rogers**
**1 Wilmar Place**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
**Caitlin Cahill**
**568 Morgan Avenue**
**Apt. 3R**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$130.63**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Caitlin Colford**
**35 Coolidge Avenue**
**West Caldwell, NJ 07006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$143.18**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Camille Kubie**
**360 Furman St, Apt 715**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Candida Aguilar-Salim**
**35 Mcdonald Avenue**
**Apt. 3C**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$50.01**

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Cara Mones**
**563 Henry Street**
**Apt. 3**
**Brooklyn, NY 11231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$135.93**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Cara Schembri**
**Fullbright & Jaworsk**
**666 Fifth Avenue**
**Floor 31**
**New York, NY 10103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$130.63**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Carl Suares**
**818 East 57th St**
**Brooklyn, NY 11234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

**$120.18**

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.80** |
|---|---|---|---|

**Carmen Powers**
**321 23rd Street 1C**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.88** |
|---|---|---|---|

**Carol Cox**
**1210 Flatbusch Avenue**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151.53** |
|---|---|---|---|

**Carol Einhorn**
**50 Plaza Street E**
**Apt. 4B**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.23** |
|---|---|---|---|

**Carol King**
**654 Carroll St.**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.80** |
|---|---|---|---|

**Carrie Moskowitz**
**535 Dean Street**
**Apt 209**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.13** |
|---|---|---|---|

**Caryn Prime**
**118 8th Avenue**
**Apt. 4F**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Cassandra Raphel**
**635 Flatbush Avenue**
**Apt. 3B**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.75**

**Catherine Bakewell**
**2300 Francisco Street**
**Apt. 102**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Catriona Anderson**
**10524 b-North Oak Hills**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$491.16**

**Cecilia Gaston**
**1831 Madison Avenue**
**Apt 8B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.56**

**Celine Cohen**
**250 W 20th Street**
**Apt 2RW**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$522.00**

**Chandler Rosenthal**
**5 Lexington Avenue**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156.75**

**Chanie Naparstek**
**1569 Carroll Street**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Charlie Scheel**
**123 Tehama Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.22** |
|---|---|---|---|

**Charlita Mays**
**679 Vanderbilt Ave**
**Brooklyn, NY 11238**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Chaya Althaus**
**580 Crown Street**
**Brooklyn, NY 11213**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Chennie Huang**
**218 6th Ave, #4a**
**Brooklyn, NY 11215**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.78** |
|---|---|---|---|

**Cheryl Georges**
**354 Prospect Avenue**
**Brooklyn, NY 11215**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.02** |
|---|---|---|---|

**Chi Kim**
**585 Leonard Street**
**Brooklyn, NY 11222**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.68** |
|---|---|---|---|

**Chloe Abercrombie**
**444 Bergen Street, #4**
**Brooklyn, NY 11217**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.03** |
|---|---|---|---|

**Choichun Leung**
**81 Pearl St #5a**
**Brooklyn, NY 11201**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                          Case number *(if known)* _____
                Name

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.18 |
|---|---|---|---|

**Chris Abbate**
**222 A 6th Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.50 |
|---|---|---|---|

**Chris Levesque**
**1166 Sheepshead Bay Road**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.40 |
|---|---|---|---|

**Chris Morrow**
**201 Eastern Parkway #5e**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.23 |
|---|---|---|---|

**Chris Wallace**
**518 8th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.88 |
|---|---|---|---|

**Christa Leopoldi**
**1926 Coleman St**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certification Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Christina Caruso**
**1540 Broadway**
**42nd Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.18 |
|---|---|---|---|

**Christina Lombardo**
**318 82nd Street**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.03** |
|---|---|---|---|

**Christina Pallotta**
**31 Union Street**
**Apt. 1A**
**Brooklyn, NY 11231**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.05** |
|---|---|---|---|

**Christine Rivera**
**162 Atkins Avenue**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.08** |
|---|---|---|---|

**Christine Snell**
**363 A 6th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.36** |
|---|---|---|---|

**Christine Spadaro**
**45 Sidney Place**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.75** |
|---|---|---|---|

**Christopher Becker**
**103 Berkeley Place**
**Apt. 3**
**Brooklyn, NY 11217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Christopher Carley**
**279 Prospect Avenue**
**#4B**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Christopher Coulston**
**230 Ashland Place**
**Apt. 15A**
**Brooklyn, NY 11217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.52 |
|---|---|---|---|

**Christy Sheehan**
**272 Marlborough Road**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.53 |
|---|---|---|---|

**Cicely Brooks**
**535 Dean Street, #120**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.56 |
|---|---|---|---|

**Cindia Clark**
**610 Carroll Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.55 |
|---|---|---|---|

**Claire Epstein**
**484 13th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Claire Norman**
**345 E 94th Street**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.68 |
|---|---|---|---|

**Clara Villarosa**
**1878 7th Ave. #67**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.80 |
|---|---|---|---|

**Clare Hancock**
**20 118th Street**
**Apt. 2**
**Troy, NY 12182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**                     Case number (if known) _____
_____
Name

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.43 |
|---|---|---|---|

**Clemmie Evans**
**Frontier Booking**
**1441 Broadway Suite 5001**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Colin Tarpey**
**362 Carroll St #2**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.28 |
|---|---|---|---|

**Colleen George**
**300 E 71st Street**
**Apt #4M**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.75 |
|---|---|---|---|

**Colleen Grace**
**114 Ranch Lane**
**Levittown, NY 11756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.27 |
|---|---|---|---|

**Con Edison**
**Cooper Station**
**P.O. Box 138**
**New York, NY 10276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Utility Bill

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.23 |
|---|---|---|---|

**Cora Engelbrecht**
**18 Darwin Avenue**
**Hastings on Hudson, NY 10706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.53 |
|---|---|---|---|

**Courtney Scott**
**951 Putnam Avenue**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Courtney Smith**
**35 Prospect Park West**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Courtney Winkfield**
**341 10th St Apt 6a**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.63 |
|---|---|---|---|

**DaLeyna Adkinson**
**3433 Gateshead Manor Way**
**Apt. 203**
**Silver Spring, MD 20904**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.18 |
|---|---|---|---|

**Dan Hagey**
**428 9th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.25 |
|---|---|---|---|

**Daniel Barry**
**259 21st Street**
**#1d**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.76 |
|---|---|---|---|

**Daniel Kreisberg**
**415 Argyle Road, Apt 2D**
**Brooklyn, NY 11218**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.88 |
|---|---|---|---|

**Daniel Miller**
**564A 20TH STREET APT. 3**
**Brooklyn, NY 11218**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.43** |
|---|---|---|---|

**Daniel Segal**
**2546 66th Street**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Daniel Wolf**
**430 Sterling Place**
**Apartment 3D**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.95** |
|---|---|---|---|

**Danielle Bottinger**
**535 Dear Street**
**#602**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.63** |
|---|---|---|---|

**Danielle Cochran**
**240 Prospect Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.50** |
|---|---|---|---|

**David Ferguson**
**508A 16th Street, #2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**David Griffiths**
**41 Dunnell Road**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.95** |
|---|---|---|---|

**David Henritze**
**244 Sixth Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**David McKinney**
1734 N. 51st St
Milwaukee, WI 53208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08** |
|---|---|---|---|

**David Omowanile**
150 Crown St
#a8
Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.63** |
|---|---|---|---|

**David Wood**
12 Evergreen Street
Cortland, NY 13045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.15** |
|---|---|---|---|

**Dean Russo**
262 4th Ave
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.63** |
|---|---|---|---|

**Deb A Gordon**
627 E 23rd Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.16** |
|---|---|---|---|

**Deborah Wolfe**
307 Cumberland Street
Brooklyn, NY 11238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.65** |
|---|---|---|---|

**Debra Brenman**
373 2nd Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Gift certificate balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.70** |
|---|---|---|---|

**Denise Gottwald**
**566 20th Street**
**Apt. 3B**
**Brooklyn, NY 11218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.71** |
|---|---|---|---|

**Denise Watson**
**195 15th Street**
**Apt. B1**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Devi Gupta**
**120 Prospect Avenue West**
**#1**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.75** |
|---|---|---|---|

**Devorah Vishedsky**
**658 Montgomery St**
**Brooklyn, NY 11225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Diane Dioguardi**
**2 Old Farm Road**
**New Fairfield, CT 06812**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.95** |
|---|---|---|---|

**Diane Fitzgerald**
**444 12th St., #1b**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Diane Somberg**
**17 Thide Ct**
**Smithtown, NY 11787**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | **$203.78** |

**Dina Gurevitch**
**1422 President St**
**Brooklyn, NY 11213**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | **$404.64** |

**Donald Brennan**
**26 Remsen Street**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | **$114.95** |

**Donna Correll**
**5716 Whistling Winds Walk**
**Clarksville, MD 21029**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | **$3.24** |

**Donna Dalessio**
**233 12th Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **$23.00** |

**Donna Joachim**
**1914 8th Avenue**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **$250.80** |

**Donnell Suares**
**718 President Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | **$173.28** |

**Doreen Odom**
**592 Sterling Place**
**Apt 1**
**Brooklyn, NY 11238**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40** |
|---|---|---|---|

**Dorothy Rice-Fuller**
**519 8th Street**
**Apt. 2I**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Doug Turetsky**
**317 6th Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Earl Gordon**
**65 7th Avenue #3**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.98** |
|---|---|---|---|

**Eden Wurmfeld**
**329 Sackett Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203.78** |
|---|---|---|---|

**Edward Gorecki**
**853 Broadway**
**Suite 1601**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.36** |
|---|---|---|---|

**Elias Marcovici**
**109 East Hamilton Avenue**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.03** |
|---|---|---|---|

**Elizabeth Bartfield**
**11 East 66th Street**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certifice Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73.14**

**Elizabeth Demasco**
**535 Dean Street**
**Apt. 210**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.40**

**Elizabeth Donahue**
**33 Saint Marks Avenue**
**Apt. 4**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183.22**

**Elizabeth Elston**
**250 Garfield Place**
**Apt 3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.88**

**Elizabeth McCollum**
**46 West 83rd Street**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86.50**

**Elizabeth Mcgovern**
**349 Cedarbrook Road**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Elizabeth O'Malley**
**130 Carman Avenue**
**East Rockaway, NY 11518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.40**

**Elizabeth Speed**
**1304 Glenwood**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.35**

**Elizabeth Stewart**
**547 72nd Street #2**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Ellen Weir**
**391 4th Street #2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143.18**

**Elzbieta Michalczewska**
**8 Stanwich Street**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151.53**

**Emily Carson**
**320 Carson Street**
**Apt. 2**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

**Emily Iverson**
**357 21st Street**
**Apt 3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.13**

**Emily Louick**
**17 7th Ave**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.18**

**Emily Mcnabb**
**12 Park Place**
**Apt. 2R**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.197** | **Nonpriority creditor's name and mailing address**
**Ephraim Wuensch**
**1265 President Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.198** | **Nonpriority creditor's name and mailing address**
**Erasmia Tausend**
**47 W 74th Street**
**Apt. 4B**
**New York, NY 10023**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$1.12**

---

**3.199** | **Nonpriority creditor's name and mailing address**
**Erica Frederick**
**254 82nd Street**
**Brooklyn, NY 11209**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.200** | **Nonpriority creditor's name and mailing address**
**Erica Hamilton**
**487 Lincoln Place**
**Apt. 2N**
**Brooklyn, NY 11238**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$250.80**

---

**3.201** | **Nonpriority creditor's name and mailing address**
**Erica Katz**
**10 Clark Street**
**Brooklyn, NY 11234**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,514.28**

---

**3.202** | **Nonpriority creditor's name and mailing address**
**Erin Allweiss**
**20 West 20th Street**
**Apt. #903**
**New York, NY 10011**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$27.03**

---

**3.203** | **Nonpriority creditor's name and mailing address**
**Erin Kenny**
**210 Berkely Place, #3**
**Brooklyn, NY 11217**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$130.63**

---

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                     Case number (if known) _____
　　　　　　　　　　　　Name

| | |
|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** |

**Erin Paglia**
**155 7th Avenue**
**Apt 1**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $161.98
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** |

**Esra Dayani**
**397 Douglas Street**
**Apt. 2**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $25.59
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** |

**Esty Scheiner**
**400 Chambers Street**
**7K**
**Brooklyn, NY 10282**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $161.85
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** |

**Eugenia Kagan**
**900 Palisade Avenue**
**Apt 11N**
**Fort Lee, NJ 07024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** |

**Eva Lucks**
**259 Cumberland Street**
**Apt # 1**
**Brooklyn, NY 11203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $34.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** |

**Fania Roza**
**519 Oldwoods Rd**
**Wyckoff, NJ 07481**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $227.05
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** |

**Faye Rimalovski**
**34 Plaza Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $1.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$286.36** |
|---|---|---|---|

**Flavia Corsalini**
**333 E 49th Street**
**Apt. 2N**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.63** |
|---|---|---|---|

**Frank Lafrazia**
**545 Warren Street**
**Apt. 2A**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.43** |
|---|---|---|---|

**Frank Loss**
**320 Jay Street**
**Fl 25**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.95** |
|---|---|---|---|

**Frank Rozboril**
**11 Dewitt Street**
**Johnson City, NY 13790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.53** |
|---|---|---|---|

**Gavin Barclay**
**1017 N Las Palmas Avenue**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**Gemma Rodgers**
**100 Beddoe Drive**
**Unit 25**
**Hamilton, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.18** |
|---|---|---|---|

**General Judd**
**104 Gates Ave**
**#2**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address

**George Constantinou**
**133 5th Avenue**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$705.39**

---

**3.219** | Nonpriority creditor's name and mailing address

**Georgia Abraham**
**1101 30th Street NW**
**Washington, DC 20007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$255.23**

---

**3.220** | Nonpriority creditor's name and mailing address

**Gerald Alston**
**1386 Millpond Road**
**Elizabeth City, NC 27909**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$224.68**

---

**3.221** | Nonpriority creditor's name and mailing address

**Gerald Brody**
**3333 Henry Hudson Parkway**
**Apt 18C**
**Bronx, NY 10630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift certificate balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$120.18**

---

**3.222** | Nonpriority creditor's name and mailing address

**Geraldine Pierson-O'Conno**
**646 Warren St.**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$188.10**

---

**3.223** | Nonpriority creditor's name and mailing address

**Gillian Macleod**
**268 15th St 3r**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$141.07**

---

**3.224** | Nonpriority creditor's name and mailing address

**Gisel Garrastegui**
**418 46 Street**
**Brooklyn, NY 11220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gift certificate balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$94.05**

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.43 |
|---|---|---|---|

**Grace Baldassano**
**284 Windsor Place**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.78 |
|---|---|---|---|

**Grace Kellum**
**310 2nd Street**
**Apt. 2D**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.78 |
|---|---|---|---|

**Gretchen Lang**
**357 6th Ave #3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.72 |
|---|---|---|---|

**Greyson Brooks**
**759 President Street**
**Apt. 4B**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.36 |
|---|---|---|---|

**Halina Trich**
**2109 85th Street**
**Apt 211**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.40 |
|---|---|---|---|

**Hanna Neier**
**652 Carroll Street 1l**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.75 |
|---|---|---|---|

**Hannah Levinson**
**204 14th St #6**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Harli Salazar**
**708 Sackett Street**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Harvest SBF- PPP**
**24422 Ave De la Carlota**
**Suite 232**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/14/2020
Last 4 digits of account number  7209

Basis for the claim:  PPP Loan

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.70** |
|---|---|---|---|

**Hayley Porter-Cassidy**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Heather Brausa**
**1209 8th Avenue**
**Apt. 1L**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.10** |
|---|---|---|---|

**Hilary Mchone**
**3500 Snyder Ave.**
**Apt. 5T**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40** |
|---|---|---|---|

**Hillary Paulen**
**314 Sackett Street #3F**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$241.88** |
|---|---|---|---|

**Hinda Krinsky**
**1245 Carroll Street**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.92** |
|---|---|---|---|

**Holle Singer**
**36 Plaza Street East**
**Apt 10A**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Hope Henderson**
**846 E 57th Street**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.26** |
|---|---|---|---|

**Hugh Whalan**
**991 Bergen Street**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.43** |
|---|---|---|---|

**Ifeoma Iwuamadi**
**370 Amboy Street**
**1st Floor**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Ilana Friedman**
**299 13th Street**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Iris Pelham**
**P.O. Box 93**
**Maplecrest, NY 12454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$412.78** |
|---|---|---|---|

**Iva Kravitz**
**680 Carroll St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141.08** |
|---|---|---|---|
| | **Ivy Epstein**<br>**591 2nd Street**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift Certificate Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.45** |
|---|---|---|---|
| | **Jake Bandman**<br>**402 Venderbilt**<br>**Brooklyn, NY 11238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift Certificate Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.43** |
|---|---|---|---|
| | **James Graham**<br>**867 Sterling Place**<br>**Brooklyn, NY 11216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift certificate balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.18** |
|---|---|---|---|
| | **James Schaefer**<br>**899 Union Street**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift Certificate Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.45** |
|---|---|---|---|
| | **Jami Craig**<br>**2245 Nelson Avenue**<br>**Memphis, TN 38104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift certificate balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.63** |
|---|---|---|---|
| | **Jamie Flores**<br>**1444 Flatbush Avenue**<br>**Brooklyn, NY 11210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift Certificate Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.47** |
|---|---|---|---|
| | **Jamie Kogan**<br>**272 Hicks Street**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Gift Certificate Balance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Jan Cantrell**
**103 Steerforth Road**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.36** |
|---|---|---|---|

**Jane Janiak**
**232 11th St.**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.98** |
|---|---|---|---|

**Jane Marie Hitch**
**586 President Street**
**Apt. 5C**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.87** |
|---|---|---|---|

**Jane Mcverry**
**c/o Atria Prop**
**154 Grand Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.95** |
|---|---|---|---|

**Jane Sexton**
**671 Argyle Road**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.45** |
|---|---|---|---|

**Janeave Martin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.02** |
|---|---|---|---|

**Janelle Barzie**
**30 Montrose Avenue**
**#13s**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**            Case number (if known) _____
_____
Name

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.53 |
|---|---|---|---|

**Japhet Boutin**
**337 Lenox Road**
**Apt. 5C**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.90 |
|---|---|---|---|

**Jay Barba**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.12 |
|---|---|---|---|

**Jayyidah Daguindeau**
**1713 Troy Avenue**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.27 |
|---|---|---|---|

**Jechiliah Jackman**
**1200 E 53rd Street**
**Apt 5n**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Jen Leone**
**426 Sterling Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.67 |
|---|---|---|---|

**Jenna Shumsky**
**2 Harvard Terrace**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Jennifer Becker**
**13692 Lofty Lane**
**Nevada City, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.52 |
|---|---|---|---|

**Jennifer Gitto**
**2818 Avenue 5**
**Brooklyn, NY 11229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.53 |
|---|---|---|---|

**Jennifer Granville**
**22 E. 60th Street**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.90 |
|---|---|---|---|

**Jennifer Kosnik**
**420 12th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Jennifer Sontag**
**183 Columbia Heights**
**Apt 4**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.05 |
|---|---|---|---|

**Jennifer Valentino - Devr**
**50 Fifth Avenue Apt. #2**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Jennifer Waverek**
**433 18th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Jenny Ecclestone**
**126 New York Avenue**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.63** |
|---|---|---|---|

**Jerome Deroy**
**834 President St.**
**Apt. 4**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.53** |
|---|---|---|---|

**Jesse Shapell**
**1149 Bedford Avenue**
**Apt. 6A**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Jesse Weinraub**
**281 Windsor Place Apt. 8**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.30** |
|---|---|---|---|

**Jessica Alger**
**721 Carroll Street**
**#1**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.47** |
|---|---|---|---|

**Jessica Cole**
**155 Prospect**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Jessica Fox**
**80 Lefferts Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.70** |
|---|---|---|---|

**Jessica Jaffe**
**350 Lincoln Place #1k**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286.36**

Jessica Swenson
469 Rugby Road
Brooklyn, NY 11226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$143.18**

Jill Wilkinson
10 West 15th Street, Apt.
New York, NY 10011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.63**

Jo Goldfarb
409 6th Avenue
Brooklyn, NY 11215

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$151.53**

Joan Rossillo
1297 Lexington Avenue #7
New York, NY 10128

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$114.95**

Joanne Hill
1 Main St., #9k
Brooklyn, NY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.67**

Joanne Laslie
591 18th Street
Brooklyn, NY 11218

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$235.13**

Joanne Swanson
134 Prospect Pl
Apt D2
Brooklyn, NY 11217

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

3.288 | **Nonpriority creditor's name and mailing address**
**Joanne Walsh**
**1115 Dorchester Road**
**Brooklyn, NY 11218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$220.19**

---

3.289 | **Nonpriority creditor's name and mailing address**
**Joanne Weaver**
**123 St. Marks Place**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$18.25**

---

3.290 | **Nonpriority creditor's name and mailing address**
**Jodi Brooks**
**21 Elkin Dr.**
**Middle Island, NY 11953**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$118.28**

---

3.291 | **Nonpriority creditor's name and mailing address**
**Jodi Susman**
**518 Henry Str. #1**
**Brooklyn, NY 11231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$31.20**

---

3.292 | **Nonpriority creditor's name and mailing address**
**Jodi-Ann Collins**
**135 Henry St.**
**Apt. 5**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Crtificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

3.293 | **Nonpriority creditor's name and mailing address**
**Joe Phillips**
**535 Dean St**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$373.50**

---

3.294 | **Nonpriority creditor's name and mailing address**
**John Hecht**
**425 5th Avenue**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$120.18**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number *(if known)* _____

_____
Name

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**John Kokinis**
**548 9th St**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.18 |
|---|---|---|---|

**John R. Howard**
**Address Unknown**
**Brooklyn, NY**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.18 |
|---|---|---|---|

**John Sparacio**
**1160 85TH STREET**
**Brooklyn, NY 11228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.18 |
|---|---|---|---|

**John Villalba**
**323 Fenimore St Apt 2**
**Brooklyn, NY 11225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.63 |
|---|---|---|---|

**Jonah Shiffman**
**468 14th Street**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.28 |
|---|---|---|---|

**Jonathon Crowe**
**310 Cumberland Street**
**Apt. 2**
**Brooklyn, NY 11238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Crtificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Jonathon Kass**
**381 Ring Road**
**Chadds Ford, PA 19317**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$281.76** |
|---|---|---|---|

**Joseph Byers**
**2318 E. 70th Street**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146.30** |
|---|---|---|---|

**Josephine Riccardi**
**378 12th Street Apt. 3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89.96** |
|---|---|---|---|

**Josh Rolnick**
**563 Delaware Avenue**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.18** |
|---|---|---|---|

**Joshua Brown**
**181 Clermont Avenue**
**Apt. 203**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.85** |
|---|---|---|---|

**Juan Spence**
**1901 Dorchester Rd Apt. #**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.04** |
|---|---|---|---|

**Judi Aronson**
**389 3rd Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.73** |
|---|---|---|---|

**Judith Kenny**
**59 Minna Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.36** |
|---|---|---|---|

**Judith Longo**
**355 Stratford Road**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$129.75** |
|---|---|---|---|

**Judy Ragolia**
**3625 N. Country Club Dr.**
**Apt. 402**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.18** |
|---|---|---|---|

**Julia Dygulski**
**115 Old Short Hills Road**
**Apt 314**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Julia Kelly**
**404 2nd Street**
**Apt 3R**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Julia Spivack**
**200 16th Street, Apt. 3C**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.83** |
|---|---|---|---|

**Julie Ann Dulude**
**215 E 10th Street**
**Apt. 2**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.00** |
|---|---|---|---|

**Julie Blain**
**929 East 92nd Street**
**Apt 2**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|--------|------------------------------------------|--------------------------|--|
| | Name | | |

---

**3.316**

**Nonpriority creditor's name and mailing address**

**Julie Couser**
**117 Sterling Place**
**Apt. 2**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$104.50**

---

**3.317**

**Nonpriority creditor's name and mailing address**

**Julie Monello**
**561 4th Street C2**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$141.08**

---

**3.318**

**Nonpriority creditor's name and mailing address**

**Julie Rhinehart**
**31 Woodruff Avenue**
**Apt 8d**
**Brooklyn, NY 11226**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.319**

**Nonpriority creditor's name and mailing address**

**Julie Riordan**
**6 Rose Hill Park**
**Cornwall, NY 12518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$64.15**

---

**3.320**

**Nonpriority creditor's name and mailing address**

**Julie Sterling**
**597 President Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$8.92**

---

**3.321**

**Nonpriority creditor's name and mailing address**

**Julio Zavala**
**2058 E 34th Street**
**Brooklyn, NY 11234**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.322**

**Nonpriority creditor's name and mailing address**

**Kara Kramer**
**338 2nd Street**
**Apt. 3B**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                                   Case number *(if known)* _____
      Name

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.69 |
|---|---|---|---|

**Kara Schlindwein**
**1306 6th Avenue Apt 1**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.35 |
|---|---|---|---|

**Karen Ferguson**
**101 St. Marks Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.40 |
|---|---|---|---|

**Karen Gillen**
**617 Carroll Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.98 |
|---|---|---|---|

**Karen Grossman**
**366 Marie Court**
**East Meadow, NY 11554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.68 |
|---|---|---|---|

**Karen Louick**
**17 7th Ave**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.63 |
|---|---|---|---|

**Karen Newirth**
**25 S. Oxford Street**
**Apt. 1**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.15 |
|---|---|---|---|

**Karen Price**
**437 Kingston Avenue**
**Apt. D9**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
| | **Karen Scott**<br>**579 E88th Street**<br>**Brooklyn, NY 11236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| | **Karen Stevenson**<br>**334 6th Ave #1**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.63** |
| | **Karen Talbott**<br>**1818 Newkirk Ave**<br>**Brooklyn, NY 11226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$261.26** |
| | **Karen Van Every**<br>**268 Evergreen Dr.**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$320.30** |
| | **Karen Wolfe**<br>**468 14th Street**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.69** |
| | **Kate Bilman**<br>**133 Sterling Place**<br>**Brooklyn, NY 11217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58.92** |
| | **Kate Carlucchi**<br>**408 13th Street**<br>**Brooklyn, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Gift Certificate Balance<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.70**

Kate Herr
Address Unknown

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.92**

Kate Levin
2246 Ocean Avenue
Apt. 4K
Brooklyn, NY 11229

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.63**

Katherine Wolkoff
114 Gates Avenue #1
Brooklyn, NY 11238

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.01**

Katie Clay
3210 Avenue R
Brooklyn, NY 11204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.45**

Katie Peinovich
36 Plaza Street E
#1a
Brooklyn, NY 11238

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.26**

Katie Rominger
20 Prospect Park West
Brooklyn, NY 11215

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.12**

Keisha Cox
768 Sheridan Avenue
Brooklyn, NY 11208

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.51 |
|---|---|---|---|

**Kelly Blair**
**56 Fifth Avenue, #2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.91 |
|---|---|---|---|

**Kelly Demonaco**
**335 3rd St**
**Apt 1r**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.53 |
|---|---|---|---|

**Kelly Donovan**
**354 16th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Kelly Dowling**
**1191 Ocean Avenue**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Kelly Kossakowski**
**c/o Milk Makeup**
**450 W 15th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.40 |
|---|---|---|---|

**Kelly Martin**
**168 Clermont Ave.**
**Apt. 3**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.18 |
|---|---|---|---|

**Keron Wray**
**37 Newlots Avenue 2H**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**

Name

Case number (if known) _____

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.88 |

**Kerry Quade**
**502 17th Street #3l**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |

**Kerry Thomas**
**198 Martense Street**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.40 |

**Kesa Huey**
**537 Prospect Ave**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Kevin Malenchini**
**51 Warren Street**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |

**Kevin Scott**
**298 Grafton Street**
**Apt. 2**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.33 |

**Kevin Staton**
**180 5th Avenue, Apt 7**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.53 |

**Kieran DiTullio**
**3 Watch Hill**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Brooklyn Peace, LLC  dba d'mai Urban Spa**     Case number *(if known)* _____
_____
Name

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.08 |
|---|---|---|---|

**Kiri Soares**
**249 15th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.28 |
|---|---|---|---|

**Kiri Soares**
**248 14th Street #2**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Kirsten Cole**
**11 Saint Charles Place**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Kristi Daly**
**2176 Bellflower Lane**
**New Hope, PA 18938**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $549.28 |
|---|---|---|---|

**Kristie Maduro**
**266 19th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.40 |
|---|---|---|---|

**Kristina Graeber**
**42 Stone Ave**
**Ossining, NY 10562**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.28 |
|---|---|---|---|

**Kristina Monte**
**492 7th St.**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Kuye Youngblood**
**50 St. John Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Laudia Brunache-Exume**
**13120 225th Street**
**Springfield Gardens, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.82 |
|---|---|---|---|

**Laura Pena**
**206 Robinson Avenue**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.37 |
|---|---|---|---|

**Lauren Goldberg**
**1426 E. 12th Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.47 |
|---|---|---|---|

**Lauren Pruneski**
**924 President St Apt 1f**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.92 |
|---|---|---|---|

**Lauren Ricciardi**
**329 85th St**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.18 |
|---|---|---|---|

**Lauren Shaffer**
**2 Tudor City Place**
**4GS**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number (if known) _____
_____
Name

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.22 |
|---|---|---|---|

**Lauren Tirolo**
**135 Prospect Park SW**
**Apt C10**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.70 |
|---|---|---|---|

**Lauren Turnowski**
**510 7th Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.23 |
|---|---|---|---|

**Lauren Worsham**
**1717 N Avenue 56**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.82 |
|---|---|---|---|

**Lauryn Hamel**
**471 W. 417th Street**
**Apt. 10**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.45 |
|---|---|---|---|

**Leah Balkany**
**5402 15th Ave**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.18 |
|---|---|---|---|

**Leesa Wytock**
**405 3rd Street #3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.81 |
|---|---|---|---|

**Lena Hester**
**13128 Francis Lewis Blvd**
**Springfield Gardens, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.08** |
|---|---|---|---|

**Leola Olivarez**
**443 Home Avenue**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.36** |
|---|---|---|---|

**Leslie Robinson**
**3878 route 9w**
**Saugerties, NY 12477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.80** |
|---|---|---|---|

**Leslie Salvador**
**567 Vanderbilt Ave**
**Apt 3r**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.98** |
|---|---|---|---|

**Lia Watts**
**26 E 10th Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Lila Jane Mabe**
**c/o Orr Group**
**747 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Linda Ball**
**55 Tunstall Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.28** |
|---|---|---|---|

**Linda Winter**
**1660 Union St**
**Apt A4**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.386**

Nonpriority creditor's name and mailing address
**Lisa Frantzen**
**407 Grand Ave, #3**
**Brooklyn, NY 11238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$11,238.00**

---

**3.387**

Nonpriority creditor's name and mailing address
**Lisa Gorlitsky**
**292 14th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$62.70**

---

**3.388**

Nonpriority creditor's name and mailing address
**Lisette Nieves**
**86 6th Ave**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$47.75**

---

**3.389**

Nonpriority creditor's name and mailing address
**Liv Johanson**
**352 Prospect Pl, #2**
**Brooklyn, NY 11238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$151.53**

---

**3.390**

Nonpriority creditor's name and mailing address
**Liz Howell**
**Address Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$280.13**

---

**3.391**

Nonpriority creditor's name and mailing address
**Liza Steinberg - Demby**
**1 Grand Army Plz**
**Apt 9f**
**Brooklyn, NY 11238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$8.92**

---

**3.392**

Nonpriority creditor's name and mailing address
**Lorisa Bates**
**150 4th Avenue**
**Apt 9F**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.393** | Nonpriority creditor's name and mailing address
Louisa Hager
266 Boerum St 2
Brooklyn, NY 11206

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ☐ No  ☐ Yes

$180.53

---

**3.394** | Nonpriority creditor's name and mailing address
Lourdes Rivera
367 11th Street
Brooklyn, NY 11215

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

$130.63

---

**3.395** | Nonpriority creditor's name and mailing address
Love Duran
346 Coney Island Ave
Apt 407
Brooklyn, NY 11218

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ☐ No  ☐ Yes

$261.25

---

**3.396** | Nonpriority creditor's name and mailing address
Lucinda Shotts
109 6th Ave
Brooklyn, NY 11217

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No  ☐ Yes

$50.00

---

**3.397** | Nonpriority creditor's name and mailing address
Lulu - Lawrette Prat
48 5th Avenue
Brooklyn, NY 11217

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No  ☐ Yes

$101.88

---

**3.398** | Nonpriority creditor's name and mailing address
Luz Herrera
15 Bush Street
Apt. 5B
Brooklyn, NY 11231

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

$151.53

---

**3.399** | Nonpriority creditor's name and mailing address
Lynn Weston
249 Meadowbrook Road
Wyckoff, NJ 07481

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

$227.75

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.400**

**Nonpriority creditor's name and mailing address**
Lynne Newville
14105 Frances St
Omaha, NE 68144

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

$140.88

---

**3.401**

**Nonpriority creditor's name and mailing address**
Lynsey Erin Hirth
144 Nelson St.
Num 3
Brooklyn, NY 11231

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.402**

**Nonpriority creditor's name and mailing address**
Madeline Welsh
2410 Snyder Ave
Brooklyn, NY 11226

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.403**

**Nonpriority creditor's name and mailing address**
Magda Berger
250 Seeley Street
Brooklyn, NY 11218

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift certificate balance

Is the claim subject to offset? ■ No ☐ Yes

$203.78

---

**3.404**

**Nonpriority creditor's name and mailing address**
Magdalene
Address Unknown

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

$73.21

---

**3.405**

**Nonpriority creditor's name and mailing address**
Mandy Wynn
1 Grand Army Plaza, 8F
Brooklyn, NY 11238

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

$233.03

---

**3.406**

**Nonpriority creditor's name and mailing address**
Marc Milgrom
27a Jackson Pl
Brooklyn, NY 11215

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gift Certificate Balance

Is the claim subject to offset? ■ No ☐ Yes

$137.43

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131.68** |
|---|---|---|---|

**Marcella Kanfer Rolnick**
**520 S. Main St**
**Suite 2457**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Marcia Ashby**
**1017 E 87th St**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141.08** |
|---|---|---|---|

**Margaret Walenga**
**25a Jackson Place**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Maria Catechis**
**9 Ostego Avenue**
**Apt. 1**
**Huntington Station, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.90** |
|---|---|---|---|

**Maria Kessler**
**469 1st St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$642.67** |
|---|---|---|---|

**Maria Torre**
**221 Fifth Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143.18** |
|---|---|---|---|

**Mariah Mulhare**
**422 85th Ave**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
| | Name | | |

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.17**

**Mariam Habib**
**770 Ocean Pkwy**
**Apt 5b**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.63**

**Marie Brunelli**
**506 6th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.35**

**Mariel Coker**
**1173 Sycamore Lane**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.65**

**Marilyn Zlotnik**
**484 Rugby Road**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.36**

**Marion Cunningham**
**1246 East 54th Street**
**Penthouse**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08**

**Marissa Lerer**
**145 Park Place**
**Apt 2g**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.60**

**Marjan Mcallister**
**543 Carroll St**
**Apt 7**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | |

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.18 |
|---|---|---|---|

**Mark Friedman**
**627 2nd Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361.06 |
|---|---|---|---|

**Marko MacPherson**
**104 Douglass Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.53 |
|---|---|---|---|

**Marmie Dash**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.50 |
|---|---|---|---|

**Martina Himlova**
**659 Bergen St., 3b**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.63 |
|---|---|---|---|

**Mary Demasco**
**574 4th Avenue**
**Apt. 11D**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Mary Ellen Collins**
**459 Columbus Avenue**
**Suite 144**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.53 |
|---|---|---|---|

**Mary Ross**
**5 Stratford Road**
**#7**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.428**

Nonpriority creditor's name and mailing address

**Mary Vines**
**365 12th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$266.75**

---

**3.429**

Nonpriority creditor's name and mailing address

**Maryann Wall**
**124 S. Oxford**
**Brooklyn, NY 11217**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$141.08**

---

**3.430**

Nonpriority creditor's name and mailing address

**Matthew J. Driscoll**
**461 Warren Street**
**Apt 1**
**Brooklyn, NY 11217**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.431**

Nonpriority creditor's name and mailing address

**Maura Bairley**
**562 10th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$88.83**

---

**3.432**

Nonpriority creditor's name and mailing address

**Maureen Farrell**
**1754 E 36th St**
**Brooklyn, NY 11234**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$182.88**

---

**3.433**

Nonpriority creditor's name and mailing address

**Maya Swedowsky**
**350 6th Avenue**
**Apt 4**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$177.63**

---

**3.434**

Nonpriority creditor's name and mailing address

**Megan Gallagher**
**395 8th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$130.63**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Meggan Dodd**
367 5th St
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.40 |
|---|---|---|---|

**Melanie Siokalo**
114 N Ascot Ct
Newtown, PA 18940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Melinda Gerena**
485 3rd Avenue, #3
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.53 |
|---|---|---|---|

**Melisa Cusick**
204 W 55th Street
Apt. 602A
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.55 |
|---|---|---|---|

**Melissa B. Nunez**
5 Stratford Road Apt. #6
Brooklyn, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa Cantave**
901 Washington Avenue
Apt 6M
Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.53 |
|---|---|---|---|

**Melissa Cusick**
204 W 55th Street
Apt. 602A
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.53** |
|---|---|---|---|

**Melissa Lauria**
**117 Madison Avenue**
**Rochelle Park, NJ 07662**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Melissa Mark**

**Brooklyn, NY**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.50** |
|---|---|---|---|

**Melissa Paige**
**49 Garden Place**
**Brooklyn, NY 11201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Meredith Behrens**
**304 E Glendale Avenue**
**Apt. 4**
**Alexandria, VA 22301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.27** |
|---|---|---|---|

**Meryl Hernandez**
**351 21st Street**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.05** |
|---|---|---|---|

**Michael Arthur**
**16946 144th Road**
**Jamaica, NY 11434**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Michael Bolotin**
**315 St. John's Place**
**Apt. 4A**
**Brooklyn, NY 11238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274.85** |
|---|---|---|---|

**Michael Cohen**
**1618 E 15th Street**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Michael Corona**
**68 Chelsea Street**
**Staten Island, NY 10307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.05** |
|---|---|---|---|

**Michael Cummings**
**2152 Avenue #234**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08** |
|---|---|---|---|

**Michael Eggbrecht**
**370 Ocean Parkway**
**Apt. 7J**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.00** |
|---|---|---|---|

**Michael Hopkins**
**383 1st St., Apt. 3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.10** |
|---|---|---|---|

**Michael Orobona**
**1435 Lexington Ave**
**Apt 2f**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313.50** |
|---|---|---|---|

**Michael Paritsky**
**40 Sherman Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Michele Clair**
**1330 W Diversey Parkway**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Michelle Sartain**
**535 Dean Street**
**#209**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.50 |
|---|---|---|---|

**Michelle Selenge**
**395 Ocean Avenue**
**#3M**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michelle Tsang**
**184 21st Apt 1a**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Mike Principe**
**118 Prospect Park West 1**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.08 |
|---|---|---|---|

**Mindy Rebman**
**53 6th Ave #2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Minna Ninova**
**36 Plaza St**
**Apt 4e**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Monica Burgos**
**13 Jackson Place**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Monica Kelly**
**14 Harrison Place**
**Apt. 1R**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.03** |
|---|---|---|---|

**Monica Nathan**
**1115 Prospect Ave. #204**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.53** |
|---|---|---|---|

**Monica Winkleman**
**99 Park Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.68** |
|---|---|---|---|

**Morgan Feder**
**21 Saint Johns Place**
**Apt. 2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Myia Murphy**
**1027 E 33rd Street**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.53** |
|---|---|---|---|

**Nadia Gareeb**
**150 Myrtle Avenue**
**#2706**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.53** |
|---|---|---|---|

**Nadia Jones**
**958 Utica Avenue**
**Apt. 2F**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Nadine George**
**986 Braxton Street**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,084.60** |
|---|---|---|---|

**Naisha Bowe**
**2221 Pitkin Avenue**
**Apt. 3B**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.53** |
|---|---|---|---|

**Nancy Coffman**
**5990 Lindenshire Lane, #1**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nancy Colman, Esq.**
**Baritz & Colman, LLP**
**The Woolworth Building**
**233 Broadway, Suite 2020**
**New York, NY 10279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For Notice Purposes Only- Attorney for 157 5th Avenue, LLC

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.33** |
|---|---|---|---|

**Nancy Links**
**6460 Sunset Lane**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.85** |
|---|---|---|---|

**Nancy Tuttle**
**193 Colonial Court**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.88 |
|---|---|---|---|

Naveen Koshy
98 Adams Street
Apt 1
Hoboken, NJ 07030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.08 |
|---|---|---|---|

Naz Habtezghi
486 Eastern Pkwy
Apt 1d
Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.75 |
|---|---|---|---|

Nelia Alfonzo
934 Bushwick Avenue
Brooklyn, NY 11221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.08 |
|---|---|---|---|

Niamh Ring
203a 29th St
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

Niccolo O'Leary-Tagiuri
65 Sparks Street
Cambridge, MA 02138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.54 |
|---|---|---|---|

Nicholas des Jardins
12 Willoughby Avenue #4
Brooklyn, NY 11205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.25 |
|---|---|---|---|

Nicole Bourdage
117 Rose Avenue
Woodcliff Lake, NJ 07677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.40** |
|---|---|---|---|

**Nicole Dale**
**384 13th Street #2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Nicole Goldberg**
**15 W 123rd Street**
**Apt. 3B**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.45** |
|---|---|---|---|

**Nicole Jarvis**
**275 Linden Boulevard**
**Apt. D2**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151.53** |
|---|---|---|---|

**Nicole Mclean**
**132 Lott Avenue**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$438.91** |
|---|---|---|---|

**Nina Sanders**
**56 St. John's Place**
**#4**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gifr Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.40** |
|---|---|---|---|

**Ninibe Gomez**
**6200 Riverdale Avenue**
**Apt. 4K**
**Bronx, NY 10471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.72** |
|---|---|---|---|

**Nour Fadda**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.25 |

**Olivia Radin**
**380 Sterling Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.18 |

**Opal Sinclair-Chung**
**28 Witteman Place**
**Staten Island, NY 10301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.09 |

**Pam Kingpetcharat**
**500 4th Ave**
**Apt 8i**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.33 |

**Pamela Laskin**
**414 5th St, Brooklyn**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.18 |

**Pamela Mitchell**
**441 10th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Paola Conery**
**c/o Kargo**
**826 Broadway**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.63 |

**Pat Harrigan**
**29 Jackson Place**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.498** | Nonpriority creditor's name and mailing address

**Patricia Kelley**
**433 Pacific Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ☐ No  ☐ Yes

**$111.43**

---

**3.499** | Nonpriority creditor's name and mailing address

**Patricia Swann**
**149 Rutland Road**
**Brooklyn, NY 11225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$5.23**

---

**3.500** | Nonpriority creditor's name and mailing address

**Patrick Bodd**
**Mommy Show**
**493 Park Place**
**Apt. 2R**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$135.00**

---

**3.501** | Nonpriority creditor's name and mailing address

**Patrick Finnen**
**119 88th Street**
**Brooklyn, NY 11209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$8.96**

---

**3.502** | Nonpriority creditor's name and mailing address

**Peter Finnen**
**119 88th Street**
**Brooklyn, NY 11209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

**3.503** | Nonpriority creditor's name and mailing address

**Peter Kent**
**47013th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$125.40**

---

**3.504** | Nonpriority creditor's name and mailing address

**Phebe Szatmari**
**159 Eastern Parkway**
**Apt 2j**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No  ☐ Yes

**$590.00**

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.15** |
|---|---|---|---|

**Pieranna Pieroni**
**853 E. 18th St**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40** |
|---|---|---|---|

**Piper Kerman**
**401 Douglass #3**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.23** |
|---|---|---|---|

**Piyali Basak**
**3919 Glenwood Road**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Rachel Altstein**
**20 Plaza St E**
**Apt E2**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191.98** |
|---|---|---|---|

**Rachel Michael**
**817 Avenue N**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Rachel Ridout**
**45 Westminster Road 3**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Radha Korman**
**467 Warren Street**
**Apt. 2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.33 |
|---|---|---|---|

**3.512**

Nonpriority creditor's name and mailing address

**Raffaella Spavone**
**Address Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$193.33

---

**3.513**

Nonpriority creditor's name and mailing address

**Raju Ruparelia**
**3000-5650 Yonge Street**
**North York, ON**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$137.43

---

**3.514**

Nonpriority creditor's name and mailing address

**Rakel Kirschenbaum**
**889 Montgomery St**
**Brooklyn, NY 11213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$151.53

---

**3.515**

Nonpriority creditor's name and mailing address

**Ralph Caruso**
**639 Baltic Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$44.06

---

**3.516**

Nonpriority creditor's name and mailing address

**Ramsey Russell**
**1030 Carroll St.**
**Apt. 5G**
**Brooklyn, NY 11225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$261.26

---

**3.517**

Nonpriority creditor's name and mailing address

**Randie Bader**
**355 4th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$1.81

---

**3.518**

Nonpriority creditor's name and mailing address

**Raquel Jaramillo**
**99 Berkeley Place**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

$130.63

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Rebecca Allison**
**7875 S. Big Bug Mesa Road**
**Prescott, AZ 86303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.55**

**Rebecca Grussgott**
**1833 Gregory Avenue**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.32**

**Rebecca Joyce**
**2944 West 5th St**
**Apt. 14d**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.62**

**Rell Lafargue**
**27 Sterling Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Renata Ramos**
**96 Howland Avenue**
**Beacon, NY 12508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Rich Hiller**
**254 Garfield Place**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.59**

**Rich Lamkin**
**59 Park Place Apt. #1**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Richard Levychin**
20 Plaza Street
Brooklyn, NY 11238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.40** |
|---|---|---|---|

**Richard Lugo**
240 Senator Street
Apt. 1
Brooklyn, NY 11220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193.33** |
|---|---|---|---|

**Richard Porter**
385 14th Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99.28** |
|---|---|---|---|

**Risa Shoup**
140 7th Ave
Apartment # 5D
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.18** |
|---|---|---|---|

**Rita Ryan**
620 2nd Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.40** |
|---|---|---|---|

**Robert Kogan**
30 Ocean Parkway
Apt .1J
Brooklyn, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.23** |
|---|---|---|---|

**Robert Strickland**
581bainbridge Street
Brooklyn, NY 11233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Roberta Scheinman**
**4112 53rd Street**
**Apt. 3D**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.15** |
|---|---|---|---|

**Robin Finklestein**
**546 E 17th Street**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.95** |
|---|---|---|---|

**Robin Gordon**
**536 Monroe St**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.83** |
|---|---|---|---|

**Robin Jones**
**402 Mt. Prospect Ave**
**Apt #C**
**Newark, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109.73** |
|---|---|---|---|

**Robin Watkins**
**51 Lincoln Place**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.25** |
|---|---|---|---|

**Roger Tennent**
**230 Park Place**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Rolt Smith**
**629 Glenwood Avenue**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.32**

**Ronnie Koenig**
**135 Windsor Place #3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40**

**Rosemarie Kent**
**470 13th St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.23**

**Rosemary Amell**
**80 Hamilton Trail**
**Totowa, NJ 07512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.15**

**Ross Intelsiano**
**119 Berkeley Pl**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.57**

**Ross Silverman**
**182 Norfolk St.**
**Apt. 3**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18**

**Roxanna Ayers**
**1332 Herkimer Street**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Certificate Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40**

**Russell Gordon**
**305 3rd Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift certificate balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$605.24** |
|---|---|---|---|

**Sally Kohn**
**103 Berkeley Place**
**Apt 2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.40** |
|---|---|---|---|

**Sam Ewen**
**1520 Rose Lane**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.53** |
|---|---|---|---|

**Samuel Samuel**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.63** |
|---|---|---|---|

**Sandy Gomez**
**343 Marlborough Road**
**Apt. 7**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.60** |
|---|---|---|---|

**Sara Barnett**
**8723 Avenue L Apt 1**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287.36** |
|---|---|---|---|

**Sara Birnel**
**101 Clark Street**
**Apt. 26G**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.38** |
|---|---|---|---|

**Sara Effron**
**93 Sherman Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.554 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.73**

3.554
**Sara Monsonis**
**525 Court St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

3.555
**Sarah Bennett**
**883 Franklin Avenue, 5C**
**Brooklyn, NY 11225**

As of the petition filing date, the claim is: *Check all that apply.*    **$93.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

---

3.556
**Sarah Bianco**
**48 Garfield Place**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: *Check all that apply.*    **$130.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

---

3.557
**Sarah Brennan**
**421 3rd Street, #3**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: *Check all that apply.*    **$120.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

---

3.558
**Sarah Bupp**
**520 President Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: *Check all that apply.*    **$3.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

3.559
**Sarah Edwards-Schmidt**
**380 9th Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: *Check all that apply.*    **$312.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

3.560
**Sarah Evans**
**934 Putnam Avenue**
**Brooklyn, NY 11221**

As of the petition filing date, the claim is: *Check all that apply.*    **$52.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$522.52** |
|---|---|---|---|

**Sarah Hansen**
**103 Berkeley Pl**
**Apt 2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$543.41** |
|---|---|---|---|

**Sarah Heller**
**1437 59th Street**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.41** |
|---|---|---|---|

**Sarah Jennings**
**421 Degraw St., #4m**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48.47** |
|---|---|---|---|

**Sarah Masters**
**272 St. Marks Avenue**
**Apt. 4F**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161.98** |
|---|---|---|---|

**Sarah Moore**
**554 9th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.23** |
|---|---|---|---|

**Sarah Reilley**
**1623 3rd Avenue**
**Apt. 21G**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Sarah Rezmovits**
**628 3rd St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.568** | Nonpriority creditor's name and mailing address

**Sarah Trofimov**
**447 11th Street, Apr 3,**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$83.60**

---

**3.569** | Nonpriority creditor's name and mailing address

**Sasha Brill**
**Brooklyn PreschoolScience**
**11 Wycoff Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$78.38**

---

**3.570** | Nonpriority creditor's name and mailing address

**Sean Aiken**
**3512 Quentin Road**
**Brooklyn, NY 11234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$160.63**

---

**3.571** | Nonpriority creditor's name and mailing address

**Sean Field**
**541 Dean Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift certificate balance__

Is the claim subject to offset? ■ No ☐ Yes

**$130.63**

---

**3.572** | Nonpriority creditor's name and mailing address

**Sean Silfer**
**470 3rd St.  Apt. 1R**
**Brooklyn, NY 11215**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$328.18**

---

**3.573** | Nonpriority creditor's name and mailing address

**Sensho Wagg**
**P.O. Box 100**
**Mount Tremper, NY 12457**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$135.85**

---

**3.574** | Nonpriority creditor's name and mailing address

**Shamina Rao-Herel**
**11 Sterling Place 4g**
**Brooklyn, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gift Certificate Balance__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.18** |
|---|---|---|---|

**Shane Rettig**
**1818 Newkirk Ave**
**Apt 1b**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.35** |
|---|---|---|---|

**Shani Pinson**
**972 Lincoln Place**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.35** |
|---|---|---|---|

**Shanice Keane**
**1498 St Marks Ave**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.63** |
|---|---|---|---|

**Shaniece Simmons**
**104 Adelphia Street - A3**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.85** |
|---|---|---|---|

**Shanti Crawford**
**64 Norman Ave**
**Apt. 2**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.08** |
|---|---|---|---|

**Sharon Alpert**
**195 Garfield Place**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Sharyn DeGregory**
**123 E. Lewis Avenue**
**Pearl River, NY 10965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.92** |
|---|---|---|---|

**Shayne Spaulding**
**22 Lincoln Place #4l**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.95** |
|---|---|---|---|

**Shazdeh Omari**
**3408 30th Street**
**Apt. B24**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.53** |
|---|---|---|---|

**Shelly Nicholas**
**71 8th Avenue**
**Apt. C2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.75** |
|---|---|---|---|

**Shinewe Jimenez**
**639 4th Avenue**
**Apt 11a**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.40** |
|---|---|---|---|

**Shira Bocar**
**260 16th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift certificate balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.21** |
|---|---|---|---|

**Shiva Gowrinathan**
**475 Sterling Place**
**Apt 5g**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.20** |
|---|---|---|---|

**Simone Strickland**
**13025 233rd Street**
**Rosedale, NY 11422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.18** |
|---|---|---|---|

**Sophia Kriegel**
**2536 North Sawyer Ave**
**Apt 407**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.75** |
|---|---|---|---|

**Spencer Cobrin**
**149 8th Street**
**Apt. 4R**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.70** |
|---|---|---|---|

**Ssisi Land**
**408 8th Ave**
**Apt 2b**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Stacy Skolsky**
**152 5th Avenue**
**Apt. 4D**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
|---|---|---|---|

**Stefanie Amzaliag**
**38 6th Avenue**
**Apt 7**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.60** |
|---|---|---|---|

**Stefanie Peretto**
**125 Halsey Street**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |
|---|---|---|---|

**Stephan Niedzwiecki**
**686 Degraw St. #2**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.596 | **Nonpriority creditor's name and mailing address** | **$35.85** |

**Stephanie Gomez**
**153 23rd Street**
**Brooklyn, NY 11232**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.597 | **Nonpriority creditor's name and mailing address** | **$71.53** |

**Stephanie Soffing**
**240 East 4th St Apt 2**
**Brooklyn, NY 11218**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.598 | **Nonpriority creditor's name and mailing address** | **$120.18** |

**Stephanie Vorilas**
**1139 78th Street**
**Brooklyn, NY 11228**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.599 | **Nonpriority creditor's name and mailing address** | **$161.98** |

**Stephen Levinson**
**226 16th St**
**Apt 2**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** | **$135.85** |

**Steve Jones**
**7101 4th Avenue**
**Apt. B7**
**Brooklyn, NY 11209**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.601 | **Nonpriority creditor's name and mailing address** | **$203.78** |

**Steve Ramsey**
**41 Smith Lane**
**Accord, NY 12404**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.602 | **Nonpriority creditor's name and mailing address** | **$542.13** |

**Stuart Mast**
**100 Jay Street 25d**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.603** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$404.64**

Sue Webber
10990 Parrot Dr
Peosta, IA 52068

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.75**

Susan Bock
22 West Penn Street
Long Beach, NY 11561

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.43**

Susan Fraymovich
2120 E 65th St
Brooklyn, NY 11234

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.00**

Susan Goldberg
83 Saint Marks Avenue
Brooklyn, NY 11217

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.607** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.25**

Susan Lehrmitt
214 Garfield Place
Brooklyn, NY 11215

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.75**

Suzanne Connole
566 Prospect Avenue
Apt #2
Brooklyn, NY 11215

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift certificate balance

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$452.23**

Suzanne Molinaro
618 President Street
Apt # 1
Brooklyn, NY 11215

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gift Certificate Balance

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.84 |
|---|---|---|---|

**Tahira Kahn**
**428 Westminister Road**
**Brooklyn, NY 11201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.68 |
|---|---|---|---|

**Tamar Huberman**
**45 Garfield Place**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Tamara Mckenna**
**30 Ocean Pkwy5f**
**Brooklyn, NY 11218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.45 |
|---|---|---|---|

**Tamika Phill**
**431 Eastern Parkway**
**Brooklyn, NY 11216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Tara Hereich**
**335 2nd St**
**Apt 3**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Tara Marlovits**
**303 Hoyt St**
**Brooklyn, NY 11231**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**Ted Mccagg**
**518 9th Street**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Gift Certificate Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Peace, LLC   dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.617** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.18**

**Theodore Davis**
**609 20th Street**
**Apt 1**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.618** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143.18**

**Thomas Bause Mason**
**1299 Park Place**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift certificate balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.619** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**Thomas OMalley**
**420 Alderbrook Drive**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.620** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.57**

**Tim Cotton**
**287 Third Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.621** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Tina Loregio**
**1 World Trade Center**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.622** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Tina Mao**
**WeWork HQ**
**115 W 18th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$219.45**

**Tracy Pinto - Lang**
**17 Fulton Walk**
**Breezy Point, NY 11697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Gift Certificate Balance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number (if known) _____
_____
Name

| 3.624 | Nonpriority creditor's name and mailing address | | $130.63 |
|---|---|---|---|

**Tracy Sweet**
211 St. John's Place
Brooklyn, NY 11217

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | | $125.40 |
|---|---|---|---|

**Tracy Toscano**
279 Prospect Park West
Apt 2
Brooklyn, NY 11215

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | | $125.40 |
|---|---|---|---|

**Tracy Williams**
693 Eastern Parkway
Unit 2C
Brooklyn, NY 11213

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | | $151.53 |
|---|---|---|---|

**Tricia Clery**
475 E. 145th St
Bronx, NY 10454

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | | $543.42 |
|---|---|---|---|

**Tyndall Arrasmith**
559 40th St
Brooklyn, NY 11232

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | | $151.08 |
|---|---|---|---|

**Valeriya Sankina**
6309 Bay Parkway
Apt. F14
Brooklyn, NY 11204

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | | $261.26 |
|---|---|---|---|

**Vanessa Adato**
11 Roosevelt Ct
Brooklyn, NY 11232

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gift certificate balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Vanessa Alamo**
**425 46th Street**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.02** |
|---|---|---|---|

**Vanessa Mendoza**
**4612 5th Avenue**
**Apt. 4L**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$292.60** |
|---|---|---|---|

**Victoria Haynes**
**445 Thomas S Boyland**
**Apt. 7J**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.03** |
|---|---|---|---|

**Vinny Cusenza**
**519 11th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$286.36** |
|---|---|---|---|

**Virginia C. Hart**
**20 Whitehouse Avenue**
**Poughkeepsie, NY 12601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.62** |
|---|---|---|---|

**Vivian Scholl**
**285 Mott St**
**Apt A5**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.55** |
|---|---|---|---|

**Waterlogic**
**3175 Bass Pro Drive**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1515**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616.56 |
|---|---|---|---|

**Weronika Murray**
**198a 29th St**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Whitney Smith**
**395 Livonia Ave**
**Apt 3G**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.18 |
|---|---|---|---|

**William Karlin**
**40 Ocean Parkway #6d**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.61 |
|---|---|---|---|

**William Roberts**
**130 Berkeley Place**
**Apt 3**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.08 |
|---|---|---|---|

**Yael Fuchs**
**263 7th Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.63 |
|---|---|---|---|

**Yelena Sandigursky**
**28 Seven Bridges Road**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.88 |
|---|---|---|---|

**Zakia Henderson Brown**
**438 Greene Avenue**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Gift Certificate Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.95** |
|---|---|---|---|

**Zoe Kogan**
**641 President Street #204**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Zoe Weidenfeld**
**88 Colin P Kelly Jr St**
**San Francisco, CA 94107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gift Certificate Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 531,585.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 531,585.92 |

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Peace, LLC  dba d'mai Urban Spa**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease at 157 Fifth Avenue, Brooklyn, NY** | |
| State the term remaining | | **157 5th Avenue LLC c/o First Point Managemen P.O. Box 474 New York, NY 10018** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Leslie Water Works- terms of original agreement expired. It is currently month-to-month. Month-to-Month** | |
| State the term remaining | | **Leslie Water Works 146 Lauman Lane Hicksville, NY 11801** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Nextiva Phone and Internet System. The entire term of the contract was paid upfront ($4,000) 10/17/22** | |
| State the term remaining | | **Nextiva Scottsdale 8800 E Chaparral Road Scottsdale, AZ 85260** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Park Slope IT- Contract paid in full through expiration date of 10/16/22 in amount of $717.00. 10/16/22** | |
| State the term remaining | | **Park Slope II 1911 Batchelder Street Brooklyn, NY 11229** |
| List the contract number of any government contract | | |

Debtor 1  **Brooklyn Peace, LLC  dba d'mai Urban Spa**                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name __Brooklyn Peace, LLC  dba d'mai Urban Spa__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daniella Stromberg** | **125 Propsect Park West Brooklyn, NY 11215** | **Harvest SBF- PPP** | ☐ D _____ <br> ■ E/F __3.233__ <br> ☐ G _____ |
| 2.2 | **Daniella Stromberg** | **125 Propsect Park West Brooklyn, NY 11215** | **American Express** | ☐ D _____ <br> ■ E/F __3.29__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Peace, LLC  dba d'mai Urban Spa**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other | **$477,248.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other | **$1,113,172.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other | **$1,104,157.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **Brooklyn Peace, LLC  dba d'mai Urban Spa** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | 9/18/2020 | $14,285.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Dr. Kristen Baumann**<br>**125 Prospect Park West**<br>**Brooklyn, NY 11215**<br>**Spouse** | 5/22/20;<br>6/5/20;<br>6/19/20;<br>7/3/20;<br>7/17/20 | $30,500.00 | **Dr. Baumann was hired to address every aspect of operating the business with the new COVID-19 restrictions and requirements.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **Brooklyn Peace, LLC  dba d'mai Urban Spa** | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Becker LLC<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039** | | **9/23/2020** | **$10,000.00** |
| | **Email or website address**<br>**eperkins@becker.legal** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, phone number, email address**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **U-Haul Storage Unit 394 4th Avenue Brooklyn, NY 11215** | **Daniella Stromberg** | **(2) microdermabrasion machines (2) LED light therapy machines** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Spectrum PO Box 70872 Carol Stream, IL 60132** | **157 Fifth Avenue Brooklyn, NY 11217** | **Modem and Hot Spot equipment** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **William Monahan, CPA/PFS, MST, CFP**<br>**Bederson & Corrado Firm**<br>**25 West 43rd Street #320**<br>**New York, NY 10036** | **2008 to Present** |
| 26a.2.  **Marya Leonard**<br>**Amazon Accounting**<br>**200 East 66th Street**<br>**New York, NY 10065** | **2008 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Marya Leonard**<br>**Amazon Accounting**<br>**200 East 66th Street**<br>**New York, NY 10065** | **2008 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Marya Leonard**<br>**Amazon Accounting**<br>**200 East 66th Street**<br>**New York, NY 10065** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Brooklyn Peace, LLC  dba d'mai Urban Spa | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | **William Monahan, CPA/PFS, MST, CFP**<br>**Bederson & Corrado Firm**<br>**25 West 43rd Street #320**<br>**New York, NY 10036** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Harvest SBF- PPP**<br>**24422 Ave De la Carlota**<br>**Suite 232**<br>**Laguna Hills, CA 92653** |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Marya Leonard** | **09/23/20** | **17,530.25** |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| **d'mai Urban Spa**<br>**157 5th Avenue**<br>**Brooklyn, NY 11217** | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniella Stromberg | 125 Prospect Park West<br>Apt. 1F<br>Brooklyn, NY 11215 | Managing Member | 90 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Brooklyn Peace, LLC  dba d'mai Urban Spa**                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Daniella Stromberg**<br>**125 Prospect Park West**<br>**Apt. 1F**<br>**Brooklyn, NY 11215** | **31,120.00; 0.00** | **2019; 2020** | **Draw** |
| | **Relationship to debtor**<br>**Managing Member** | | | |
| 30.2. | **Dr. Kristen Baumann**<br>**125 Prospect Park West**<br>**Brooklyn, NY 11215** | **$30,500** | **5/22/20;**<br>**6/5/20;**<br>**6/19/20;**<br>**7/3/20; 7/17/20** | **Dr. Baumann was hired to address every aspect of operating the business with the new COVID-19 restrictions and requirements.** |
| | **Relationship to debtor**<br>**Spouse** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  9, 2020**

**/s/ Daniella Stromberg**                              **Daniella Stromberg**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Brooklyn Peace, LLC  dba d'mai Urban Spa**

                              Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  9, 2020**
*Date*

**/s/ Eric R. Perkins**
**Eric R. Perkins**
*Signature of Attorney*
**Becker LLC**
**2 Park Avenue**
**20th Floor, Suite 2006**
**New York, NY 10016**
**973-422-1100  Fax: 973-422-9122**
**eperkins@becker.legal**
*Name of law firm*

---

# United States Bankruptcy Court
### Eastern District of New York

In re   **Brooklyn Peace, LLC  dba d'mai Urban Spa**             Case No. _____

                                                    Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **November  9, 2020**                **/s/ Daniella Stromberg**

                                            **Daniella Stromberg/Managing Member**
                                            Signer/Title

Date:    **November  9, 2020**                **/s/ Eric R. Perkins**

                                            Signature of Attorney
                                            **Eric R. Perkins**
                                            **Becker LLC**
                                            **2 Park Avenue**
                                            **20th Floor, Suite 2006**
                                            **New York, NY 10016**
                                            **973-422-1100   Fax: 973-422-9122**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

157 5th Avenue LLC
c/o First Point Managemen
P.O. Box 474
New York, NY 10018


157 5th Avenue, LLC
c/o First Point Managemen
P.O. Box 474
New York, NY 10018


Abby Pratt
45 Irving Street
Apt 4
Boston, MA 02114


Adam Griffin
100 Woodruff Avenue
Apt. 1F
Brooklyn, NY 11215


Adina Sales
210 18th St
Brooklyn, NY 11215


Adonis Sowah
212-77 Whitehall Terr
Queens Village, NY 11427


Adrienne Robbins
315 8th Avenue
Apt 20G
New York, NY 10001


Alana Fishberg
290 1st Street
Brooklyn, NY 11215


Alex Kelley
299 Flatbush Avenue #4
Brooklyn, NY 11217


Alexa Bell
301 E 71st Street
Apt. 3N
New York, NY 10021

Alexandira Gurule
75 W End Ave
Apt P10D
New York, NY 10023


Alexandra Goveia
486 3rd Street
Apt #4
Brooklyn, NY 11215


Alexandra Moskaluk
464 77th Street
Brooklyn, NY 11209


Alexis Kravitz-Tergesen
320 16th Street
Brooklyn, NY 11215


Alicia Ellis
293 E 94th Street
Apt. 2F
Brooklyn, NY 11212


Alison Deane
264 14th Street
Brooklyn, NY 11215


Aliza Rathbon
142 Lincoln Place
Brooklyn, NY 11217


Allan Bronstein
2 Linda Drive
Newburgh, NY 12550


Allison Dunn
580 Flatbush Avenue
Apt. 5J
Brooklyn, NY 11225


Allison Roberman
201 W. 70th St
18F
New York, NY 10023

Allyson Fisher
230A 6th Avenue
Brooklyn, NY 11215


Alvina Ling
359 Eastern Parkway
Brooklyn, NY 11216


Alysun Fulks
444 Golfside Road
Oxford, MI 48371


Amanda A. Nelson
343 4th Avenue
Apt. 8D
Brooklyn, NY 11215


Amanda Bennett
440 Fennimore Street
Brooklyn, NY 11225


Amanda Frick
348 Dean Street
Brooklyn, NY 11217


Amanda Grossman
416 Degraw Street
Apt 3
Brooklyn, NY 11203


Amanda Sawyer
79 St. Marks Place
Brooklyn, NY 11217


Amelie Davidson
367 St. Marks Ave., #1r
Brooklyn, NY 11238


American Express
P.O. Box 981535
El Paso, TX 79998-1535

Amy Crader
670 Carroll Street
Apt. 2
Brooklyn, NY 11215


Amy Ellenbogen
259 21st Street
Apt. 3E
Brooklyn, NY 11215


Amy Fournier
415 Argyle Road
Apt 10
Brooklyn, NY 11218


Amy Herguth
77 Tappan Landing Road
Tarrytown, NY 10591


Amy Jacobus
432 56th Street 2
Brooklyn, NY 11220


Amy Kirkhum
496 2nd St
Brooklyn, NY 11215


Amy Lazarides
457 Atlantic Avenue
Brooklyn, NY 11217


Amy Vennema
475 13th Street
Apt. 2
Brooklyn, NY 11215


Andrea Moss
108 E 16th Street
New York, NY 10003


Andrea Silverstein
1444 82nd Street
Brooklyn, NY 11228

Andrea Wolfe
194 6th Ave
Brooklyn, NY 11215


Andrew Ingkavet
114 Garfield Place
Brooklyn, NY 11215


Andrew Schechter
466 9th Street
#3
Brooklyn, NY 11215


Angela Weisl
117 Sterling Place Apt. 3
Brooklyn, NY 11217


Angela Yee
51 Jefferson Avenue
Brooklyn, NY 11216


Angie Michaels
675 Sacket St#402
Brooklyn, NY 11217


Anita Beecham-Robinson
1876 Eastern Parkway
Brooklyn, NY 11233


Ann Winters
280 6th Ave
Brooklyn, NY 11215


Anna Brameli Bronstein
433 3rd Avenue
Apt. 5A
Brooklyn, NY 11215


Anna Patscha
57 Prospect Park SW
Apt. 4J
Brooklyn, NY 11215

Anne Gildersleeve
123 Parkside Avenue
Brooklyn, NY 11226


Anne Joseph
282 Garfield Place
Brooklyn, NY 11215


Anne Schwenker
92 Vanderbilt Avenue
Brooklyn, NY 11205


Annie Caddle
1321 E 40th Street
Brooklyn, NY 11234


Anthony Finkel
1435 Glenwood Road
Brooklyn, NY 11230


Antoinette Giovino
766 Union Avenue
Apt. 1
Brooklyn, NY 11215


Ashley Mask
285 E Sutton Cir.
Lafayette, CO 80026


Audrey Denis
1168 E 86th Street
Brooklyn, NY 11236


Audrey Manning
632 2nd Street
Brooklyn, NY 11215


Ayana Muhammad
958 Putnam Avenue
Apt. 4
Brooklyn, NY 11221


Barbara Alfinito
25 Village Park Drive
Fishkill, NY 12524

Barbara Lambotte
31 Saint Marks Avenue
Brooklyn, NY 11217

Barbara Steiner
245 Henry Street 41
Brooklyn, NY 11201

Barbara Terry
7723 McCarron Way
Charlotte, NC 28215

Barbara Tomlin
401 1st Ave
New York, NY 10010

Becky Delliaglio
151 Prospect Place
Apt #1
Brooklyn, NY 11238

Becky Stone
84 E. Brookline Street
Apt 6
Boston, MA 02118

Benjamin Bell
143 Main Street
Dobbs Ferry, NY 10522

Benjamin Kintner
150 4th Ave
Apt 5B
Brooklyn, NY 11217

Benjamin Sokoly
47 Bridge Street
Apt 3C
Brooklyn, NY 11201

Bethany Fagan
189 5th Avenue
Apt. 2A
Brooklyn, NY 11217

Betsy Crenshaw
116 Monsoe Street
Brooklyn, NY 11216

Beverly Atkins
160 Bainbridge Street
Brooklyn, NY 11233

Blair Foster
11 A Prospect Place
Brooklyn, NY 11215

Brandt Payne
9605 Larson Street
Houston, TX 77055

Brenda and Eric Wyllie
4709 Avenue L
Brooklyn, NY 11234

Brett Camper
378 7th Street Apt 4I
Brooklyn, NY 11215

Brian Cirksey
21 Skelly Lane
Sewell, NJ 08080

Brian Haffner
203 Lefferts Avenue
Brooklyn, NY 11225

Brittany Clase
30 Cottage Avenue Apt 1
Ansonia, CT 06401

Brittney Brothers
150 Prospect Park West
Brooklyn, NY 11215

Brooke Lewis
275 Clinton Avenue
Apt. 3-4
Brooklyn, NY 11205

Brooklyn Conservatory Mus
58 7th Avenue
Brooklyn, NY 11217

Bruce Kaiser
800 Greenwood Avenue
Brooklyn, NY 11218

Bunny Rogers
1 Wilmar Place
Garden City, NY 11530

Caitlin Cahill
568 Morgan Avenue
Apt. 3R
Brooklyn, NY 11222

Caitlin Colford
35 Coolidge Avenue
West Caldwell, NJ 07006

Camille Kubie
360 Furman St, Apt 715
Brooklyn, NY 11201

Candida Aguilar-Salim
35 Mcdonald Avenue
Apt. 3C
Brooklyn, NY 11222

Cara Mones
563 Henry Street
Apt. 3
Brooklyn, NY 11231

Cara Schembri
Fullbright & Jaworsk
666 Fifth Avenue
Floor 31
New York, NY 10103

Carl Suares
818 East 57th St
Brooklyn, NY 11234

Carmen Powers
321 23rd Street 1C
Brooklyn, NY 11215


Carol Cox
1210 Flatbusch Avenue
Brooklyn, NY 11226


Carol Einhorn
50 Plaza Street E
Apt. 4B
Brooklyn, NY 11238


Carol King
654 Carroll St.
Brooklyn, NY 11215


Carrie Moskowitz
535 Dean Street
Apt 209
Brooklyn, NY 11217


Caryn Prime
118 8th Avenue
Apt. 4F
Brooklyn, NY 11215


Cassandra Raphel
635 Flatbush Avenue
Apt. 3B
Brooklyn, NY 11225


Catherine Bakewell
2300 Francisco Street
Apt. 102
San Francisco, CA 94123


Catriona Anderson
10524 b-North Oak Hills
Baton Rouge, LA 70810


Cecillia Gaston
1831 Madison Avenue
Apt 8B
New York, NY 10035

Celine Cohen
250 W 20th Street
Apt 2RW
New York, NY 10011

Chandler Rosenthal
5 Lexington Avenue
Brooklyn, NY 11238

Chanie Naparstek
1569 Carroll Street
Brooklyn, NY 11213

Charlie Scheel
123 Tehama Street
Brooklyn, NY 11218

Charlita Mays
679 Vanderbilt Ave
Brooklyn, NY 11238

Chaya Althaus
580 Crown Street
Brooklyn, NY 11213

Chennie Huang
218 6th Ave, #4a
Brooklyn, NY 11215

Cheryl Georges
354 Prospect Avenue
Brooklyn, NY 11215

Chi Kim
585 Leonard Street
Brooklyn, NY 11222

Chloe Abercrombie
444 Bergen Street, #4
Brooklyn, NY 11217

Choichun Leung
81 Pearl St #5a
Brooklyn, NY 11201

Chris Abbate
222 A 6th Avenue
Brooklyn, NY 11215

Chris Levesque
1166 Sheepshead Bay Road
Brooklyn, NY 11235

Chris Morrow
201 Eastern Parkway #5e
Brooklyn, NY 11238

Chris Wallace
518 8th Street
Brooklyn, NY 11215

Christa Leopoldi
1926 Coleman St
Brooklyn, NY 11234

Christina Caruso
1540 Broadway
42nd Floor
New York, NY 10036

Christina Lombardo
318 82nd Street
Brooklyn, NY 11209

Christina Pallotta
31 Union Street
Apt. 1A
Brooklyn, NY 11231

Christine Rivera
162 Atkins Avenue
Brooklyn, NY 11215

Christine Snell
363 A 6th Street
Brooklyn, NY 11215

Christine Spadaro
45 Sidney Place
Brooklyn, NY 11201

Christopher Becker
103 Berkeley Place
Apt. 3
Brooklyn, NY 11217


Christopher Carley
279 Prospect Avenue
#4B
Brooklyn, NY 11215


Christopher Coulston
230 Ashland Place
Apt. 15A
Brooklyn, NY 11217


Christy Sheehan
272 Marlborough Road
Brooklyn, NY 11226


Cicely Brooks
535 Dean Street, #120
Brooklyn, NY 11217


Cindia Clark
610 Carroll Street
Brooklyn, NY 11215


Claire Epstein
484 13th Street
Brooklyn, NY 11215


Claire Norman
345 E 94th Street
New York, NY 10128


Clara Villarosa
1878 7th Ave. #67
New York, NY 10026


Clare Hancock
20 118th Street
Apt. 2
Troy, NY 12182

Clemmie Evans
Frontier Booking
1441 Broadway Suite 5001
New York, NY 10018

Colin Tarpey
362 Carroll St #2
Brooklyn, NY 11231

Colleen George
300 E 71st Street
Apt #4M
New York, NY 10021

Colleen Grace
114 Ranch Lane
Levittown, NY 11756

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276

Cora Engelbrecht
18 Darwin Avenue
Hastings on Hudson, NY 10706

Courtney Scott
951 Putnam Avenue
Brooklyn, NY 11221

Courtney Smith
35 Prospect Park West
Brooklyn, NY 11215

Courtney Winkfield
341 10th St Apt 6a
Brooklyn, NY 11215

DaLeyna Adkinson
3433 Gateshead Manor Way
Apt. 203
Silver Spring, MD 20904

Dan Hagey
428 9th Street
Brooklyn, NY 11215


Daniel Barry
259 21st Street
#1d
Brooklyn, NY 11215


Daniel Kreisberg
415 Argyle Road, Apt 2D
Brooklyn, NY 11218


Daniel Miller
564A 20TH STREET APT. 3
Brooklyn, NY 11218


Daniel Segal
2546 66th Street
Brooklyn, NY 11234


Daniel Wolf
430 Sterling Place
Apartment 3D
Brooklyn, NY 11238


Daniella Stromberg
125 Propsect Park West
Brooklyn, NY 11215


Danielle Bottinger
535 Dear Street
#602
Brooklyn, NY 11217


Danielle Cochran
240 Prospect Place
Brooklyn, NY 11238


David Ferguson
508A 16th Street, #2
Brooklyn, NY 11215

David Griffiths
41 Dunnell Road
Maplewood, NJ 07040


David Henritze
244 Sixth Avenue
Brooklyn, NY 11215


David McKinney
1734 N. 51st St
Milwaukee, WI 53208


David Omowanile
150 Crown St
#a8
Brooklyn, NY 11225


David Wood
12 Evergreen Street
Cortland, NY 13045


Dean Russo
262 4th Ave
Brooklyn, NY 11215


Deb A Gordon
627 E 23rd Street
Brooklyn, NY 11215


Deborah Wolfe
307 Cumberland Street
Brooklyn, NY 11238


Debra Brenman
373 2nd Street
Brooklyn, NY 11215


Denise Gottwald
566 20th Street
Apt. 3B
Brooklyn, NY 11218

Denise Watson
195 15th Street
Apt. B1
Brooklyn, NY 11215

Devi Gupta
120 Prospect Avenue West
#1
Brooklyn, NY 11215

Devorah Vishedsky
658 Montgomery St
Brooklyn, NY 11225

Diane Dioguardi
2 Old Farm Road
New Fairfield, CT 06812

Diane Fitzgerald
444 12th St., #1b
Brooklyn, NY 11215

Diane Somberg
17 Thide Ct
Smithtown, NY 11787

Dina Gurevitch
1422 President St
Brooklyn, NY 11213

Donald Brennan
26 Remsen Street
Brooklyn, NY 11201

Donna Correll
5716 Whistling Winds Walk
Clarksville, MD 21029

Donna Dalessio
233 12th Street
Brooklyn, NY 11215

Donna Joachim
1914 8th Avenue
Brooklyn, NY 11215

Donnell Suares
718 President Street
Brooklyn, NY 11215

Doreen Odom
592 Sterling Place
Apt 1
Brooklyn, NY 11238

Dorothy Rice-Fuller
519 8th Street
Apt. 2I
Brooklyn, NY 11215

Doug Turetsky
317 6th Avenue
Brooklyn, NY 11215

Earl Gordon
65 7th Avenue #3
Brooklyn, NY 11217

Eden Wurmfeld
329 Sackett Street
Brooklyn, NY 11231

Edward Gorecki
853 Broadway
Suite 1601
New York, NY 10003

Elias Marcovici
109 East Hamilton Avenue
Englewood, NJ 07631

Elizabeth Bartfield
11 East 66th Street
New York, NY 10065

Elizabeth Demasco
535 Dean Street
Apt. 210
Brooklyn, NY 11217

Elizabeth Donahue
33 Saint Marks Avenue
Apt. 4
Brooklyn, NY 11217


Elizabeth Elston
250 Garfield Place
Apt 3
Brooklyn, NY 11215


Elizabeth McCollum
46 West 83rd Street
New York, NY 10024


Elizabeth Mcgovern
349 Cedarbrook Road
Naperville, IL 60565


Elizabeth O'Malley
130 Carman Avenue
East Rockaway, NY 11518


Elizabeth Speed
1304 Glenwood
Brooklyn, NY 11230


Elizabeth Stewart
547 72nd Street #2
Brooklyn, NY 11209


Ellen Weir
391 4th Street #2
Brooklyn, NY 11215


Elzbieta Michalczewska
8 Stanwich Street
Staten Island, NY 10304


Emily Carson
320 Carson Street
Apt. 2
Brooklyn, NY 11216

Emily Iverson
357 21st Street
Apt 3
Brooklyn, NY 11215


Emily Louick
17 7th Ave
Brooklyn, NY 11217


Emily Mcnabb
12 Park Place
Apt. 2R
Brooklyn, NY 11217


Ephraim Wuensch
1265 President Street
Brooklyn, NY 11215


Erasmia Tausend
47 W 74th Street
Apt. 4B
New York, NY 10023


Erica Frederick
254 82nd Street
Brooklyn, NY 11209


Erica Hamilton
487 Lincoln Place
Apt. 2N
Brooklyn, NY 11238


Erica Katz
10 Clark Street
Brooklyn, NY 11234


Erin Allweiss
20 West 20th Street
Apt. #903
New York, NY 10011


Erin Kenny
210 Berkely Place, #3
Brooklyn, NY 11217

Erin Paglia
155 7th Avenue
Apt 1
Brooklyn, NY 11215


Esra Dayani
397 Douglas Street
Apt. 2
Brooklyn, NY 11217


Esty Scheiner
400 Chambers Street
7K
Brooklyn, NY 10282


Eugenia Kagan
900 Palisade Avenue
Apt 11N
Fort Lee, NJ 07024


Eva Lucks
259 Cumberland Street
Apt # 1
Brooklyn, NY 11203


Fania Roza
519 Oldwoods Rd
Wyckoff, NJ 07481


Faye Rimalovski
34 Plaza Street
Brooklyn, NY 11215


Flavia Corsalini
333 E 49th Street
Apt. 2N
New York, NY 10017


Frank Lafrazia
545 Warren Street
Apt. 2A
Brooklyn, NY 11217

Frank Loss
320 Jay Street
Fl 25
Brooklyn, NY 11201


Frank Rozboril
11 Dewitt Street
Johnson City, NY 13790


Gavin Barclay
1017 N Las Palmas Avenue
Los Angeles, CA 90038


Gemma Rodgers
100 Beddoe Drive
Unit 25
Hamilton, ON


General Judd
104 Gates Ave
#2
Brooklyn, NY 11238


George Constantinou
133 5th Avenue
Brooklyn, NY 11217


Georgia Abraham
1101 30th Street NW
Washington, DC 20007


Gerald Alston
1386 Millpond Road
Elizabeth City, NC 27909


Gerald Brody
3333 Henry Hudson Parkway
Apt 18C
Bronx, NY 10630


Geraldine Pierson-O'Conno
646 Warren St.
Brooklyn, NY 11217

Gillian Macleod
268 15th St 3r
Brooklyn, NY 11215


Gisel Garrastegui
418 46 Street
Brooklyn, NY 11220


Grace Baldassano
284 Windsor Place
Brooklyn, NY 11218


Grace Kellum
310 2nd Street
Apt. 2D
Brooklyn, NY 11215


Gretchen Lang
357 6th Ave #3
Brooklyn, NY 11215


Greyson Brooks
759 President Street
Apt. 4B
Brooklyn, NY 11215


Halina Trich
2109 85th Street
Apt 211
Brooklyn, NY 11214


Hanna Neier
652 Carroll Street 1l
Brooklyn, NY 11215


Hannah Levinson
204 14th St #6
Brooklyn, NY 11215


Harli Salazar
708 Sackett Street
Brooklyn, NY 11217

Harvest SBF- PPP
24422 Ave De la Carlota
Suite 232
Laguna Hills, CA 92653


Hayley Porter-Cassidy
Address Unknown


Heather Brausa
1209 8th Avenue
Apt. 1L
Brooklyn, NY 11215


Hilary Mchone
3500 Snyder Ave.
Apt. 5T
Brooklyn, NY 11203


Hillary Paulen
314 Sackett Street #3F
Brooklyn, NY 11231


Hinda Krinsky
1245 Carroll Street
Brooklyn, NY 11213


Holle Singer
36 Plaza Street East
Apt 10A
Brooklyn, NY 11238


Hope Henderson
846 E 57th Street
Brooklyn, NY 11234


Hugh Whalan
991 Bergen Street
Brooklyn, NY 11216


Ifeoma Iwuamadi
370 Amboy Street
1st Floor
Brooklyn, NY 11212

Ilana Friedman
299 13th Street
Brooklyn, NY 11217

Iris Pelham
P.O. Box 93
Maplecrest, NY 12454

IRS
2 Metro Tech, 1st Floor
Brooklyn, NY 11201

Iva Kravitz
680 Carroll St
Brooklyn, NY 11215

Ivy Epstein
591 2nd Street
Brooklyn, NY 11215

Jake Bandman
402 Venderbilt
Brooklyn, NY 11238

James Graham
867 Sterling Place
Brooklyn, NY 11216

James Schaefer
899 Union Street
Brooklyn, NY 11215

Jami Craig
2245 Nelson Avenue
Memphis, TN 38104

Jamie Flores
1444 Flatbush Avenue
Brooklyn, NY 11210

Jamie Kogan
272 Hicks Street
Brooklyn, NY 11201

Jan Cantrell
103 Steerforth Road
Savannah, GA 31410

Jane Janiak
232 11th St.
Brooklyn, NY 11215

Jane Marie Hitch
586 President Street
Apt. 5C
Brooklyn, NY 11215

Jane Mcverry
c/o Atria Prop
154 Grand Street
New York, NY 10013

Jane Sexton
671 Argyle Road
Brooklyn, NY 11230

Janeave Martin

Janelle Barzie
30 Montrose Avenue
#13s
Brooklyn, NY 11206

Japhet Boutin
337 Lenox Road
Apt. 5C
Brooklyn, NY 11226

Jay Barba
Address Unknown

Jayyidah Daguindeau
1713 Troy Avenue
Brooklyn, NY 11234

Jechiliah Jackman
1200 E 53rd Street
Apt 5n
Brooklyn, NY 11234


Jen Leone
426 Sterling Place
Brooklyn, NY 11238


Jenna Shumsky
2 Harvard Terrace
West Orange, NJ 07052


Jennifer Becker
13692 Lofty Lane
Nevada City, CA 95959


Jennifer Gitto
2818 Avenue 5
Brooklyn, NY 11229


Jennifer Granville
22 E. 60th Street
New York, NY 10022


Jennifer Kosnik
420 12th Street
Brooklyn, NY 11215


Jennifer Sontag
183 Columbia Heights
Apt 4
Brooklyn, NY 11201


Jennifer Valentino - Devr
50 Fifth Avenue Apt. #2
Brooklyn, NY 11217


Jennifer Waverek
433 18th Street
Brooklyn, NY 11215


Jenny Ecclestone
126 New York Avenue
Brooklyn, NY 11216

Jerome Deroy
834 President St.
Apt. 4
Brooklyn, NY 11215


Jesse Shapell
1149 Bedford Avenue
Apt. 6A
Brooklyn, NY 11216


Jesse Weinraub
281 Windsor Place Apt. 8
Brooklyn, NY 11238


Jessica Alger
721 Carroll Street
#1
Brooklyn, NY 11215


Jessica Cole
155 Prospect
Brooklyn, NY 11215


Jessica Fox
80 Lefferts Place
Brooklyn, NY 11238


Jessica Jaffe
350 Lincoln Place #1k
Brooklyn, NY 11238


Jessica Swenson
469 Rugby Road
Brooklyn, NY 11226


Jill Wilkinson
10 West 15th Street, Apt.
New York, NY 10011


Jo Goldfarb
409 6th Avenue
Brooklyn, NY 11215

Joan Rossillo
1297 Lexington Avenue #7
New York, NY 10128


Joanne Hill
1 Main St., #9k
Brooklyn, NY


Joanne Laslie
591 18th Street
Brooklyn, NY 11218


Joanne Swanson
134 Prospect Pl
Apt D2
Brooklyn, NY 11217


Joanne Walsh
1115 Dorchester Road
Brooklyn, NY 11218


Joanne Weaver
123 St. Marks Place
Brooklyn, NY 11217


Jodi Brooks
21 Elkin Dr.
Middle Island, NY 11953


Jodi Susman
518 Henry Str. #1
Brooklyn, NY 11231


Jodi-Ann Collins
135 Henry St.
Apt. 5
Brooklyn, NY 11201


Joe Phillips
535 Dean St
Brooklyn, NY 11217


John Hecht
425 5th Avenue
Brooklyn, NY 11215

John Kokinis
548 9th St
Brooklyn, NY 11215


John R. Howard
Address Unknown
Brooklyn, NY


John Sparacio
1160 85TH STREET
Brooklyn, NY 11228


John Villalba
323 Fenimore St Apt 2
Brooklyn, NY 11225


Jonah Shiffman
468 14th Street
Brooklyn, NY 11215


Jonathon Crowe
310 Cumberland Street
Apt. 2
Brooklyn, NY 11238


Jonathon Kass
381 Ring Road
Chadds Ford, PA 19317


Joseph Byers
2318 E. 70th Street
Brooklyn, NY 11234


Josephine Riccardi
378 12th Street Apt. 3
Brooklyn, NY 11215


Josh Rolnick
563 Delaware Avenue
Akron, OH 44303


Joshua Brown
181 Clermont Avenue
Apt. 203
Brooklyn, NY 11205

Juan Spence
1901 Dorchester Rd Apt. #
Brooklyn, NY 11226

Judi Aronson
389 3rd Street
Brooklyn, NY 11215

Judith Kenny
59 Minna Street
Brooklyn, NY 11218

Judith Longo
355 Stratford Road
Brooklyn, NY 11218

Judy Ragolia
3625 N. Country Club Dr.
Apt. 402
Miami, FL 33180

Julia Dygulski
115 Old Short Hills Road
Apt 314
West Orange, NJ 07052

Julia Kelly
404 2nd Street
Apt 3R
Brooklyn, NY 11215

Julia Spivack
200 16th Street, Apt. 3C
Brooklyn, NY 11215

Julie Ann Dulude
215 E 10th Street
Apt. 2
New York, NY 10003

Julie Blain
929 East 92nd Street
Apt 2
Brooklyn, NY 11236

Julie Couser
117 Sterling Place
Apt. 2
Brooklyn, NY 11217

Julie Monello
561 4th Street C2
Brooklyn, NY 11215

Julie Rhinehart
31 Woodruff Avenue
Apt 8d
Brooklyn, NY 11226

Julie Riordan
6 Rose Hill Park
Cornwall, NY 12518

Julie Sterling
597 President Street
Brooklyn, NY 11215

Julio Zavala
2058 E 34th Street
Brooklyn, NY 11234

Kara Kramer
338 2nd Street
Apt. 3B
Brooklyn, NY 11215

Kara Schlindwein
1306 6th Avenue Apt 1
Brooklyn, NY 11217

Karen Ferguson
101 St. Marks Place
Brooklyn, NY 11217

Karen Gillen
617 Carroll Street
Brooklyn, NY 11215

Karen Grossman
366 Marie Court
East Meadow, NY 11554

Karen Louick
17 7th Ave
Brooklyn, NY 11217

Karen Newirth
25 S. Oxford Street
Apt. 1
Brooklyn, NY 11217

Karen Price
437 Kingston Avenue
Apt. D9
Brooklyn, NY 11225

Karen Scott
579 E88th Street
Brooklyn, NY 11236

Karen Stevenson
334 6th Ave #1
Brooklyn, NY 11215

Karen Talbott
1818 Newkirk Ave
Brooklyn, NY 11226

Karen Van Every
268 Evergreen Dr.
Tonawanda, NY 14150

Karen Wolfe
468 14th Street
Brooklyn, NY 11215

Kate Bilman
133 Sterling Place
Brooklyn, NY 11217

Kate Carlucchi
408 13th Street
Brooklyn, NY 11215

Kate Herr
Address Unknown


Kate Levin
2246 Ocean Avenue
Apt. 4K
Brooklyn, NY 11229


Katherine Wolkoff
114 Gates Avenue #1
Brooklyn, NY 11238


Katie Clay
3210 Avenue R
Brooklyn, NY 11204


Katie Peinovich
36 Plaza Street E
#1a
Brooklyn, NY 11238


Katie Rominger
20 Prospect Park West
Brooklyn, NY 11215


Keisha Cox
768 Sheridan Avenue
Brooklyn, NY 11208


Kelly Blair
56 Fifth Avenue, #2
Brooklyn, NY 11217


Kelly Demonaco
335 3rd St
Apt 1r
Brooklyn, NY 11215


Kelly Donovan
354 16th Street
Brooklyn, NY 11215


Kelly Dowling
1191 Ocean Avenue
Brooklyn, NY 11230

Kelly Kossakowski
c/o Milk Makeup
450 W 15th Street
New York, NY 10011


Kelly Martin
168 Clermont Ave.
Apt. 3
Brooklyn, NY 11205


Keron Wray
37 Newlots Avenue 2H
Brooklyn, NY 11212


Kerry Quade
502 17th Street #3l
Brooklyn, NY 11215


Kerry Thomas
198 Martense Street
Brooklyn, NY 11226


Kesa Huey
537 Prospect Ave
Brooklyn, NY 11215


Kevin Malenchini
51 Warren Street
Newburyport, MA 01950


Kevin Scott
298 Grafton Street
Apt. 2
Brooklyn, NY 11212


Kevin Staton
180 5th Avenue, Apt 7
Brooklyn, NY 11217


Kieran DiTullio
3 Watch Hill
Westport, CT 06880

Kiri Soares
249 15th Street
Brooklyn, NY 11215


Kiri Soares
248 14th Street #2
Brooklyn, NY 11215


Kirsten Cole
11 Saint Charles Place
Brooklyn, NY 11216


Kristi Daly
2176 Bellflower Lane
New Hope, PA 18938


Kristie Maduro
266 19th Street
Brooklyn, NY 11215


Kristina Graeber
42 Stone Ave
Ossining, NY 10562


Kristina Monte
492 7th St.
Brooklyn, NY 11215


Kuye Youngblood
50 St. John Place
Brooklyn, NY 11217


Laudia Brunache-Exume
13120 225th Street
Springfield Gardens, NY 11413


Laura Pena
206 Robinson Avenue
Staten Island, NY 10312


Lauren Goldberg
1426 E. 12th Street
Brooklyn, NY 11230

Lauren Pruneski
924 President St Apt 1f
Brooklyn, NY 11215

Lauren Ricciardi
329 85th St
Brooklyn, NY 11209

Lauren Shaffer
2 Tudor City Place
4GS
New York, NY 10017

Lauren Tirolo
135 Prospect Park SW
Apt C10
Brooklyn, NY 11218

Lauren Turnowski
510 7th Avenue
Brooklyn, NY 11215

Lauren Worsham
1717 N Avenue 56
Los Angeles, CA 90042

Lauryn Hamel
471 W. 417th Street
Apt. 10
New York, NY 10031

Leah Balkany
5402 15th Ave
Brooklyn, NY 11219

Leesa Wytock
405 3rd Street #3
Brooklyn, NY 11215

Lena Hester
13128 Francis Lewis Blvd
Springfield Gardens, NY 11413

Leola Olivarez
443 Home Avenue
Staten Island, NY 10305

Leslie Robinson
3878 route 9w
Saugerties, NY 12477

Leslie Salvador
567 Vanderbilt Ave
Apt 3r
Brooklyn, NY 11238

Leslie Water Works
146 Lauman Lane
Hicksville, NY 11801

Lia Watts
26 E 10th Street
Brooklyn, NY 11218

Lila Jane Mabe
c/o Orr Group
747 Third Avenue
New York, NY 10017

Linda Ball
55 Tunstall Road
Scarsdale, NY 10583

Linda Winter
1660 Union St
Apt A4
Brooklyn, NY 11213

Lisa Frantzen
407 Grand Ave, #3
Brooklyn, NY 11238

Lisa Gorlitsky
292 14th Street
Brooklyn, NY 11215

Lisette Nieves
86 6th Ave
Brooklyn, NY 11217


Liv Johanson
352 Prospect Pl, #2
Brooklyn, NY 11238


Liz Howell
Address Unknown


Liza Steinberg - Demby
1 Grand Army Plz
Apt 9f
Brooklyn, NY 11238


Lorisa Bates
150 4th Avenue
Apt 9F
Brooklyn, NY 11217


Louisa Hager
266 Boerum St 2
Brooklyn, NY 11206


Lourdes Rivera
367 11th Street
Brooklyn, NY 11215


Love Duran
346 Coney Island Ave
Apt 407
Brooklyn, NY 11218


Lucinda Shotts
109 6th Ave
Brooklyn, NY 11217


Lulu - Lawrette Prat
48 5th Avenue
Brooklyn, NY 11217

Luz Herrera
15 Bush Street
Apt. 5B
Brooklyn, NY 11231

Lynn Weston
249 Meadowbrook Road
Wyckoff, NJ 07481

Lynne Newville
14105 Frances St
Omaha, NE 68144

Lynsey Erin Hirth
144 Nelson St.
Num 3
Brooklyn, NY 11231

Madeline Welsh
2410 Snyder Ave
Brooklyn, NY 11226

Magda Berger
250 Seeley Street
Brooklyn, NY 11218

Magdalene
Address Unknown

Mandy Wynn
1 Grand Army Plaza, 8F
Brooklyn, NY 11238

Marc Milgrom
27a Jackson Pl
Brooklyn, NY 11215

Marcella Kanfer Rolnick
520 S. Main St
Suite 2457
Akron, OH 44311

Marcia Ashby
1017 E 87th St
Brooklyn, NY 11236

Margaret Walenga
25a Jackson Place
Brooklyn, NY 11215

Maria Catechis
9 Ostego Avenue
Apt. 1
Huntington Station, NY 11746

Maria Kessler
469 1st St
Brooklyn, NY 11215

Maria Torre
221 Fifth Avenue
Brooklyn, NY 11215

Mariah Mulhare
422 85th St
Brooklyn, NY 11209

Mariam Habib
770 Ocean Pkwy
Apt 5b
Brooklyn, NY 11230

Marie Brunelli
506 6th Street
Brooklyn, NY 11215

Mariel Coker
1173 Sycamore Lane
Mahwah, NJ 07430

Marilyn Zlotnik
484 Rugby Road
Brooklyn, NY 11226

Marion Cunningham
1246 East 54th Street
Penthouse
Brooklyn, NY 11234

Marissa Lerer
145 Park Place
Apt 2g
Brooklyn, NY 11217


Marjan Mcallister
543 Carroll St
Apt 7
Brooklyn, NY 11215


Mark Friedman
627 2nd Avenue
Brooklyn, NY 11215


Marko MacPherson
104 Douglass Street
Brooklyn, NY 11231


Marmie Dash
Address Unknown


Martina Himlova
659 Bergen St., 3b
Brooklyn, NY 11238


Mary Demasco
574 4th Avenue
Apt. 11D
Brooklyn, NY 11215


Mary Ellen Collins
459 Columbus Avenue
Suite 144
New York, NY 10024


Mary Ross
5 Stratford Road
#7
Brooklyn, NY 11218


Mary Vines
365 12th Street
Brooklyn, NY 11215

Maryann Wall
124 S. Oxford
Brooklyn, NY 11217

Matthew J. Driscoll
461 Warren Street
Apt 1
Brooklyn, NY 11217

Maura Bairley
562 10th Street
Brooklyn, NY 11215

Maureen Farrell
1754 E 36th St
Brooklyn, NY 11234

Maya Swedowsky
350 6th Avenue
Apt 4
Brooklyn, NY 11215

Megan Gallagher
395 8th Street
Brooklyn, NY 11215

Meggan Dodd
367 5th St
Brooklyn, NY 11215

Melanie Siokalo
114 N Ascot Ct
Newtown, PA 18940

Melinda Gerena
485 3rd Avenue, #3
Brooklyn, NY 11215

Melisa Cusick
204 W 55th Street
Apt. 602A
New York, NY 10019

Melissa B. Nunez
5 Stratford Road Apt. #6
Brooklyn, NY 11218

Melissa Cantave
901 Washington Avenue
Apt 6M
Brooklyn, NY 11225

Melissa Cusick
204 W 55th Street
Apt. 602A
New York, NY 10019

Melissa Lauria
117 Madison Avenue
Rochelle Park, NJ 07662

Melissa Mark
Brooklyn, NY

Melissa Paige
49 Garden Place
Brooklyn, NY 11201

Meredith Behrens
304 E Glendale Avenue
Apt. 4
Alexandria, VA 22301

Meryl Hernandez
351 21st Street
Brooklyn, NY 11215

Michael Arthur
16946 144th Road
Jamaica, NY 11434

Michael Bolotin
315 St. John's Place
Apt. 4A
Brooklyn, NY 11238

Michael Cohen
1618 E 15th Street
Brooklyn, NY 11229

Michael Corona
68 Chelsea Street
Staten Island, NY 10307

Michael Cummings
2152 Avenue #234
Brooklyn, NY 11234

Michael Eggbrecht
370 Ocean Parkway
Apt. 7J
Brooklyn, NY 11218

Michael Hopkins
383 1st St., Apt. 3
Brooklyn, NY 11215

Michael Orobona
1435 Lexington Ave
Apt 2f
New York, NY 10128

Michael Paritsky
40 Sherman Street
Brooklyn, NY 11215

Michele Clair
1330 W Diversey Parkway
Chicago, IL 60614

Michelle Sartain
535 Dean Street
#209
Brooklyn, NY 11217

Michelle Selenge
395 Ocean Avenue
#3M
Brooklyn, NY 11226

Michelle Tsang
184 21st Apt 1a
Brooklyn, NY 11232

Mike Principe
118 Prospect Park West 1
Brooklyn, NY 11215

Mindy Rebman
53 6th Ave #2
Brooklyn, NY 11217

Minna Ninova
36 Plaza St
Apt 4e
Brooklyn, NY 11238

Monica Burgos
13 Jackson Place
Brooklyn, NY 11215

Monica Kelly
14 Harrison Place
Apt. 1R
Brooklyn, NY 11206

Monica Nathan
1115 Prospect Ave. #204
Brooklyn, NY 11218

Monica Winkleman
99 Park Place
Brooklyn, NY 11217

Morgan Feder
21 Saint Johns Place
Apt. 2
Brooklyn, NY 11217

Myia Murphy
1027 E 33rd Street
Oakland, CA 94610

Nadia Gareeb
150 Myrtle Avenue
#2706
Brooklyn, NY 11201

Nadia Jones
958 Utica Avenue
Apt. 2F
Brooklyn, NY 11203

Nadine George
986 Braxton Street
Uniondale, NY 11553

Naisha Bowe
2221 Pitkin Avenue
Apt. 3B
Brooklyn, NY 11207

Nancy Coffman
5990 Lindenshire Lane, #1
Dallas, TX 75230

Nancy Colman, Esq.
Baritz & Colman, LLP
The Woolworth Building
233 Broadway, Suite 2020
New York, NY 10279

Nancy Links
6460 Sunset Lane
Indianapolis, IN 46260

Nancy Tuttle
193 Colonial Court
Teaneck, NJ 07666

Naveen Koshy
98 Adams Street
Apt 1
Hoboken, NJ 07030

Naz Habtezghi
486 Eastern Pkwy
Apt 1d
Brooklyn, NY 11225

Nelia Alfonzo
934 Bushwick Avenue
Brooklyn, NY 11221


New York Attorney General
The Capital
Albany, NY 12224


New York State
Department of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Nextiva Scottsdale
8800 E Chaparral Road
Scottsdale, AZ 85260


Niamh Ring
203a 29th St
Brooklyn, NY 11232


Niccolo O'Leary-Tagiuri
65 Sparks Street
Cambridge, MA 02138


Nicholas des Jardins
12 Willoughby Avenue #4
Brooklyn, NY 11205


Nicole Bourdage
117 Rose Avenue
Woodcliff Lake, NJ 07677


Nicole Dale
384 13th Street #2
Brooklyn, NY 11215


Nicole Goldberg
15 W 123rd Street
Apt. 3B
New York, NY 10027

Nicole Jarvis
275 Linden Boulevard
Apt. D2
Brooklyn, NY 11226


Nicole Mclean
132 Lott Avenue
Brooklyn, NY 11212


Nina Sanders
56 St. John's Place
#4
Brooklyn, NY 11217


Ninibe Gomez
6200 Riverdale Avenue
Apt. 4K
Bronx, NY 10471


Nour Fadda
Address Unknown


NYC Department of Finance
Correspondence Unit
One Center Street, 22nd F
New York, NY 10007


Office Attorney General
28 Liberty Street
New York, NY 10005


Olivia Radin
380 Sterling Place
Brooklyn, NY 11238


Opal Sinclair-Chung
28 Witteman Place
Staten Island, NY 10301


Pam Kingpetcharat
500 4th Ave
Apt 8i
Brooklyn, NY 11215

Pamela Laskin
414 5th St, Brooklyn
Brooklyn, NY 11215

Pamela Mitchell
441 10th Street
Brooklyn, NY 11215

Paola Conery
c/o Kargo
826 Broadway
New York, NY 10003

Park Slope II
1911 Batchelder Street
Brooklyn, NY 11229

Pat Harrigan
29 Jackson Place
Brooklyn, NY 11215

Patricia Kelley
433 Pacific Street
Brooklyn, NY 11217

Patricia Swann
149 Rutland Road
Brooklyn, NY 11225

Patrick Bodd
Mommy Show
493 Park Place
Apt. 2R
Brooklyn, NY 11238

Patrick Finnen
119 88th Street
Brooklyn, NY 11209

Peter Finnen
119 88th Street
Brooklyn, NY 11209

Peter Kent
47013th Street
Brooklyn, NY 11215


Phebe Szatmari
159 Eastern Parkway
Apt 2j
Brooklyn, NY 11238


Pieranna Pieroni
853 E. 18th St
Brooklyn, NY 11230


Piper Kerman
401 Douglass #3
Brooklyn, NY 11217


Piyali Basak
3919 Glenwood Road
Brooklyn, NY 11210


Rachel Altstein
20 Plaza St E
Apt E2
Brooklyn, NY 11238


Rachel Michael
817 Avenue N
Brooklyn, NY 11230


Rachel Ridout
45 Westminster Road 3
Brooklyn, NY 11218


Radha Korman
467 Warren Street
Apt. 2
Brooklyn, NY 11217


Raffaella Spavone
Address Unknown


Raju Ruparelia
3000-5650 Yonge Street
North York, ON

Rakel Kirschenbaum
889 Montgomery St
Brooklyn, NY 11213


Ralph Caruso
639 Baltic Street
Brooklyn, NY 11217


Ramsey Russell
1030 Carroll St.
Apt. 5G
Brooklyn, NY 11225


Randie Bader
355 4th Street
Brooklyn, NY 11215


Raquel Jaramillo
99 Berkeley Place
Brooklyn, NY 11217


Rebecca Allison
7875 S. Big Bug Mesa Road
Prescott, AZ 86303


Rebecca Grussgott
1833 Gregory Avenue
Merrick, NY 11566


Rebecca Joyce
2944 West 5th St
Apt. 14d
Brooklyn, NY 11224


Rell Lafargue
27 Sterling Place
Brooklyn, NY 11217


Renata Ramos
96 Howland Avenue
Beacon, NY 12508


Rich Hiller
254 Garfield Place
Brooklyn, NY 11215

Rich Lamkin
59 Park Place Apt. #1
Brooklyn, NY 11217

Richard Levychin
20 Plaza Street
Brooklyn, NY 11238

Richard Lugo
240 Senator Street
Apt. 1
Brooklyn, NY 11220

Richard Porter
385 14th Street
Brooklyn, NY 11215

Risa Shoup
140 7th Ave
Apartment # 5D
New York, NY 10011

Rita Ryan
620 2nd Street
Brooklyn, NY 11215

Robert Kogan
30 Ocean Parkway
Apt .1J
Brooklyn, NY 11218

Robert Strickland
581bainbridge Street
Brooklyn, NY 11233

Roberta Scheinman
4112 53rd Street
Apt. 3D
Woodside, NY 11377

Robin Finklestein
546 E 17th Street
Brooklyn, NY 11226

Robin Gordon
536 Monroe St
Brooklyn, NY 11221

Robin Jones
402 Mt. Prospect Ave
Apt #C
Newark, NJ 07104

Robin Watkins
51 Lincoln Place
Brooklyn, NY 11217

Roger Tennent
230 Park Place
Brooklyn, NY 11238

Rolt Smith
629 Glenwood Avenue
Teaneck, NJ 07666

Ronnie Koenig
135 Windsor Place #3
Brooklyn, NY 11215

Rosemarie Kent
470 13th St
Brooklyn, NY 11215

Rosemary Amell
80 Hamilton Trail
Totowa, NJ 07512

Ross Intelsiano
119 Berkeley Pl
Brooklyn, NY 11217

Ross Silverman
182 Norfolk St.
Apt. 3
New York, NY 10002

Roxanna Ayers
1332 Herkimer Street
Brooklyn, NY 11233

Russell Gordon
305 3rd Street
Brooklyn, NY 11215


Sally Kohn
103 Berkeley Place
Apt 2
Brooklyn, NY 11217


Sam Ewen
1520 Rose Lane
Mamaroneck, NY 10543


Samuel Samuel
Address Unknown


Sandy Gomez
343 Marlborough Road
Apt. 7
Brooklyn, NY 11215


Sara Barnett
8723 Avenue L Apt 1
Brooklyn, NY 11236


Sara Birnel
101 Clark Street
Apt. 26G
Brooklyn, NY 11201


Sara Effron
93 Sherman Street
Brooklyn, NY 11218


Sara Monsonis
525 Court St
Brooklyn, NY 11231


Sarah Bennett
883 Franklin Avenue, 5C
Brooklyn, NY 11225


Sarah Bianco
48 Garfield Place
Brooklyn, NY 11215

Sarah Brennan
421 3rd Street, #3
Brooklyn, NY 11215


Sarah Bupp
520 President Street
Brooklyn, NY 11215


Sarah Edwards-Schmidt
380 9th Street
Brooklyn, NY 11215


Sarah Evans
934 Putnam Avenue
Brooklyn, NY 11221


Sarah Hansen
103 Berkeley Pl
Apt 2
Brooklyn, NY 11217


Sarah Heller
1437 59th Street
Brooklyn, NY 11219


Sarah Jennings
421 Degraw St., #4m
Brooklyn, NY 11217


Sarah Masters
272 St. Marks Avenue
Apt. 4F
Brooklyn, NY 11238


Sarah Moore
554 9th Street
Brooklyn, NY 11215


Sarah Reilley
1623 3rd Avenue
Apt. 21G
New York, NY 10128

Sarah Rezmovits
628 3rd St
Brooklyn, NY 11215


Sarah Trofimov
447 11th Street, Apr 3,
Brooklyn, NY 11215


Sasha Brill
Brooklyn PreschoolScience
11 Wycoff Street
Brooklyn, NY 11201


Sean Aiken
3512 Quentin Road
Brooklyn, NY 11234


Sean Field
541 Dean Street
Brooklyn, NY 11217


Sean Silfer
470 3rd St. Apt. 1R
Brooklyn, NY 11215


Sensho Wagg
P.O. Box 100
Mount Tremper, NY 12457


Shamina Rao-Herel
11 Sterling Place 4g
Brooklyn, NY 11217


Shane Rettig
1818 Newkirk Ave
Apt 1b
Brooklyn, NY 11226


Shani Pinson
972 Lincoln Place
Brooklyn, NY 11213


Shanice Keane
1498 St Marks Ave
Brooklyn, NY 11233

Shaniece Simmons
104 Adelphia Street - A3
Brooklyn, NY 11205

Shanti Crawford
64 Norman Ave
Apt. 2
Brooklyn, NY 11222

Sharon Alpert
195 Garfield Place
Brooklyn, NY 11215

Sharyn DeGregory
123 E. Lewis Avenue
Pearl River, NY 10965

Shayne Spaulding
22 Lincoln Place #4l
Brooklyn, NY 11217

Shazdeh Omari
3408 30th Street
Apt. B24
Astoria, NY 11106

Shelly Nicholas
71 8th Avenue
Apt. C2
Brooklyn, NY 11215

Shinewe Jimenez
639 4th Avenue
Apt 11a
Brooklyn, NY 11232

Shira Bocar
260 16th Street
Brooklyn, NY 11215

Shiva Gowrinathan
475 Sterling Place
Apt 5g
Brooklyn, NY 11238

Simone Strickland
13025 233rd Street
Rosedale, NY 11422


Sophia Kriegel
2536 North Sawyer Ave
Apt 407
Chicago, IL 60647


Spencer Cobrin
149 8th Street
Apt. 4R
Brooklyn, NY 11215


Ssisi Land
408 8th Ave
Apt 2b
Brooklyn, NY 11215


Stacy Skolsky
152 5th Avenue
Apt. 4D
Brooklyn, NY 11217


Stefanie Amzaliag
38 6th Avenue
Apt 7
Brooklyn, NY 11217


Stefanie Peretto
125 Halsey Street
Brooklyn, NY 11216


Stephan Niedzwiecki
686 Degraw St. #2
Brooklyn, NY 11217


Stephanie Gomez
153 23rd Street
Brooklyn, NY 11232


Stephanie Soffing
240 East 4th St Apt 2
Brooklyn, NY 11218

Stephanie Vorilas
1139 78th Street
Brooklyn, NY 11228


Stephen Levinson
226 16th St
Apt 2
Brooklyn, NY 11215


Steve Jones
7101 4th Avenue
Apt. B7
Brooklyn, NY 11209


Steve Ramsey
41 Smith Lane
Accord, NY 12404


Stuart Mast
100 Jay Street 25d
Brooklyn, NY 11201


Sue Webber
10990 Parrot Dr
Peosta, IA 52068


Susan Bock
22 West Penn Street
Long Beach, NY 11561


Susan Fraymovich
2120 E 65th St
Brooklyn, NY 11234


Susan Goldberg
83 Saint Marks Avenue
Brooklyn, NY 11217


Susan Lehrmitt
214 Garfield Place
Brooklyn, NY 11215

Suzanne Connole
566 Prospect Avenue
Apt #2
Brooklyn, NY 11215


Suzanne Molinaro
618 President Street
Apt # 1
Brooklyn, NY 11215


Tahira Kahn
428 Westminister Road
Brooklyn, NY 11201


Tamar Huberman
45 Garfield Place
Brooklyn, NY 11215


Tamara Mckenna
30 Ocean Pkwy5f
Brooklyn, NY 11218


Tamika Phill
431 Eastern Parkway
Brooklyn, NY 11216


Tara Hereich
335 2nd St
Apt 3
Brooklyn, NY 11215


Tara Marlovits
303 Hoyt St
Brooklyn, NY 11231


Ted Mccagg
518 9th Street
Brooklyn, NY 11215


Theodore Davis
609 20th Street
Apt 1
Brooklyn, NY 11218

Thomas Bause Mason
1299 Park Place
Brooklyn, NY 11213

Thomas OMalley
420 Alderbrook Drive
Wayne, PA 19087

Tim Cotton
287 Third Avenue
Brooklyn, NY 11215

Tina Loregio
1 World Trade Center
New York, NY 10007

Tina Mao
WeWork HQ
115 W 18th Street
New York, NY 10011

Tracy Pinto - Lang
17 Fulton Walk
Breezy Point, NY 11697

Tracy Sweet
211 St. John's Place
Brooklyn, NY 11217

Tracy Toscano
279 Prospect Park West
Apt 2
Brooklyn, NY 11215

Tracy Williams
693 Eastern Parkway
Unit 2C
Brooklyn, NY 11213

Tricia Clery
475 E. 145th St
Bronx, NY 10454

Tyndall Arrasmith
559 40th St
Brooklyn, NY 11232


US Attorneys Office
Eastern District of NY
271 Camden Plaza East
Brooklyn, NY 11201


Valeriya Sankina
6309 Bay Parkway
Apt. F14
Brooklyn, NY 11204


Vanessa Adato
11 Roosevelt Ct
Brooklyn, NY 11232


Vanessa Alamo
425 46th Street
Brooklyn, NY 11220


Vanessa Mendoza
4612 5th Avenue
Apt. 4L
Brooklyn, NY 11220


Victoria Haynes
445 Thomas S Boyland
Apt. 7J
Brooklyn, NY 11212


Vinny Cusenza
519 11th Street
Brooklyn, NY 11215


Virginia C. Hart
20 Whitehouse Avenue
Poughkeepsie, NY 12601


Vivian Scholl
285 Mott St
Apt A5
New York, NY 10012

Waterlogic
3175 Bass Pro Drive
Grapevine, TX 76051

Weronika Murray
198a 29th St
Brooklyn, NY 11232

Whitney Smith
395 Livonia Ave
Apt 3G
Brooklyn, NY 11212

William Karlin
40 Ocean Parkway #6d
Brooklyn, NY 11215

William Roberts
130 Berkeley Place
Apt 3
Brooklyn, NY 11217

Yael Fuchs
263 7th Avenue
Brooklyn, NY 11215

Yelena Sandigursky
28 Seven Bridges Road
Chappaqua, NY 10514

Zakia Henderson Brown
438 Greene Avenue
Brooklyn, NY 11216

Zoe Kogan
641 President Street #204
Brooklyn, NY 11215

Zoe Weidenfeld
88 Colin P Kelly Jr St
San Francisco, CA 94107

# United States Bankruptcy Court
## Eastern District of New York

In re   **Brooklyn Peace, LLC  dba d'mai Urban Spa**

                        Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Brooklyn Peace, LLC  dba d'mai Urban Spa**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____
**November  9, 2020**

Date

**/s/ Eric R. Perkins**
_____
**Eric R. Perkins**
Signature of Attorney or Litigant
Counsel for   **Brooklyn Peace, LLC  dba d'mai Urban Spa**
**Becker LLC**
**2 Park Avenue**
**20th Floor, Suite 2006**
**New York, NY 10016**
**973-422-1100 Fax:973-422-9122**
**eperkins@becker.legal**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**    Brooklyn Peace, LLC   dba d'mai Urban Spa          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):   **Y**

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Eric R. Perkins**
_____          _____
**Eric R. Perkins**
Signature of Debtor's Attorney                                         Signature of Pro Se Debtor/Petitioner
**Becker LLC**
**2 Park Avenue**
**20th Floor, Suite 2006**                                               _____
**New York, NY 10016**
**973-422-1100 Fax:973-422-9122**                              Signature of Pro Se Joint Debtor/Petitioner

                                                                                  _____

                                                                                  Mailing Address of Debtor/Petitioner

                                                                                  _____

                                                                                  City, State, Zip Code

                                                                                  _____
                                                                                  Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X          Chapter      7

IN RE:      **Brooklyn Peace, LLC  dba d'mai Urban**
            **Spa**                                      Case No.:

                        Debtor(s)                        <u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>
----------------------------------------------X

I, **Eric R. Perkins**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the
    above-named debtor(s):

| Date\Time | Services |
|---|---|
| **August 11, 2020** | Initial interview, analysis of financial condition, etc. |
| **10/21/2020; 10/28/2020** | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ __10,000.00__ .

Dated: **November  9, 2020**

/s/ Eric R. Perkins
**Eric R. Perkins**
Attorney for debtor(s)
**Becker LLC**
**2 Park Avenue**
**20th Floor, Suite 2006**
**New York, NY 10016**
**973-422-1100 Fax:973-422-9122**
**eperkins@becker.legal**